# EXHIBIT A

Arik Shafir – SBN 223405
arik@shafirlaw.com
Jenna Lorenz – SBN 295820
jenna@shafirlaw.com
**SHAFIR LAW, APC**
313 North Birch Street, Suite 100
Santa Ana, California 92701
(714) 406-2764 / Fax (714) 406-2774

**FILED**
**Superior Court of California**
**County of Riverside**
**6/1/2020**
**C. Nakagawa**
**Electronically Filed**

Attorneys for Plaintiff GUADALUPE MORALES

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE

| | |
|---|---|
| GUADALUPE MORALES; | Case No. **RIC2002073** |
| Plaintiff, | **COMPLAINT FOR DAMAGES** |
| v. | |
| ALLSTATE NORTHBROOK INDEMNITY COMPANY; and DOES 1 to 20; | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff GUADALUPE MORALES complains against defendants, and each of them, and alleges as follows:

### INTRODUCTION

1.      Plaintiff GUADALUPE MORALES is, and at all times relevant to this complaint was, an adult individual residing in Riverside, California.

2.      Plaintiff is informed and believes, and based thereon alleges, that at all times relevant to this complaint defendant ALLSTATE NORTHBROOK INDEMNITY COMPANY (hereinafter

"ALLSTATE") was a corporation organized and existing under the laws of the State of Illinois, registered to do business in California, and offering insurance products for sale to consumers in California.

3.    Plaintiff does not know the true names of defendants DOES 1 to 20, and therefore sues them by those fictitious names. Plaintiff is informed and believes, and based thereon alleges, that each of those defendants was in some manner legally responsible for the events and happenings alleged in this complaint and for plaintiff's damages. The names, capacities and relationships of DOES 1 to 20 will be alleged by amendment to this complaint when they are known.

4.    At all times herein mentioned, defendants, and each of them, were the agents, managing agents, servants, employees, alter-egos, co-conspirators, joint-ventures, partners, successors in interest and predecessors in interest of each of the other defendants.

5.    At all times herein mentioned, defendants, and each of them, were acting within the purpose, course and scope of said agency and/or employment so as to invoke vicarious liability and respondeat superior liability, among other theories of liability, to hold defendants liable and responsible for the injuries and damages to plaintiff.

6.    At all times herein mentioned, defendants, and each of them, were members of and engaged in a joint venture, partnership and common enterprise, and acting within the purpose, course and scope of, and in pursuit of, said joint venture, partnership and common enterprise.

7.    At all times herein mentioned, the acts and omissions of various defendants contributed to the various acts and omissions of each and all of the other defendants in proximately causing the injuries and damages as herein alleged.

8.    At all times herein mentioned, defendants, including all defendants' managing agents, officers and directors, had advanced knowledge of and/or ratified each and every act or omission set forth throughout this complaint. At all times relevant herein, defendants and/or their managing agents,

officers or directors committed and/or participated in the wrongful acts and omissions complained of throughout this complaint or ratified such acts and omissions. At all times herein mentioned, the defendants aided and abetted the acts and omissions of each and all of the other defendants in proximately causing the damages as herein alleged.

9.      Venue is proper in this court because the conduct alleged herein occurred in its jurisdictional area.

## FACTUAL ALLEGATIONS

10.     On or about March 15, 2017, plaintiff purchased insurance policy number 934 913 492 from ALLSTATE.  A true and correct copy of said policy is attached as Exhibit #1, and incorporated by reference.  The force and effect of plaintiff's ALLSTATE policy required the payment of uninsured or underinsured motorist benefits up to a limit of $100,000 per person and $300,000 per accident.

11.     All premiums due under said insurance policy were paid to ALLSTATE, and all material obligations thereunder were performed by plaintiff, or on her behalf.

12.     On or about July 12, 2017, plaintiff was involved in a traffic collision when another driver made a left turn in front of her as she drove through an intersection.  As a result of the collision, plaintiff's airbag deployed and struck her in the face.  Immediately thereafter, plaintiff went to the emergency room where she reported that she was experiencing neck pain, head pain, back pain, abdominal pain, nasal pain, and ringing in the left ear.

13.     During the subsequent months, plaintiff underwent medical care and treatment for her injuries. Her neck pain, back pain, and abdominal pain slowly improved.  However, the ringing in her ear (tinnitus) persisted, and she experienced a near total loss of her senses of taste and smell.

14.     On or about November 2, 2017, the insurance company for the at-fault party tendered its bodily injury policy limit of $15,000, which plaintiff accepted.

15.     On or about December 8, 2017, plaintiff's counsel notified ALLSTATE in writing that the at-fault insurance company had tendered its policy limit, and requested that ALLSTATE open an underinsured motorist claim.  This correspondence included the following attachments: a) the policy limit settlement offer from the at-fault party's insurance company in the amount of $15,000; b) a notarized affidavit of no excess or umbrella insurance from the at-fault driver; and c) a notarized release of all claims in exchange for $15,000 signed by plaintiff.

16.     On or about July 27, 2018, plaintiff's counsel sent ALLSTATE the medical records and bills from all of the healthcare providers seen by plaintiff as a result of the traffic collision.  Those medical records, and the letter which accompanied them, described various orthopedic complaints that had mostly resolved.  However, plaintiff had been left with persistent tinnitus, and a near total loss of taste and smell.  According to plaintiff's doctors, both of these conditions were likely permanent.  Because of the serious and permanent nature of plaintiff's injuries, plaintiff's counsel demanded that ALLSTATE "tender its underinsured motorist policy limit of $85,000, or in the alternative, refer this matter to counsel for arbitration."

17.     On or about August 3, 2018, ALLSTATE wrote to plaintiff's counsel that it could "neither accept nor reject" the policy limit demand because "I will need an extension of time so that your office may provide the dec. page and signed release from the underlying documents [sic] from the third party."  This was a dilatory tactic – those documents had already been provided to ALLSTATE on or about December 8, 2017.

18.     On or about August 22, 2018, ALLSTATE wrote to plaintiff's counsel requesting that plaintiff sign medical authorization forms, stating that such forms were "necessary for us to obtain documents from your client's medical provider(s) and insurance carrier that we need to evaluate this claim."  This was a dilatory tactic – those documents had already been provided to ALLSTATE on or about July 27, 2018.

19.     On or about August 22, 2018, ALLSTATE wrote to plaintiff's counsel that it could "neither accept or reject" the policy limit demand because "I will request an extension in order to obtain the complete historical and medical treatment records from your clients [sic] primary physician.  Please contact me with the name, address and phone number of the primary physician…" This was a dilatory tactic – records from plaintiff's primary physician had already been provided to ALLSTATE on or about July 27, 2018.

20.     On or about September 18, 2018, ALLSTATE wrote to plaintiff's counsel that it had assigned the claim to counsel for arbitration.

21.     On or about October 24, 2018, plaintiff answered ALLSTATE's Request for Production and Inspection of Documents by once again producing all medical records and bills from each of the healthcare providers plaintiff saw as a result of the traffic collision, including her primary care physician.  This was the second time such records had been provided to ALLSTATE.

22.     On or about November 29, 2018, ALLSTATE sent subpoenas for medical records to each of the healthcare providers seen by plaintiff as a result of the traffic collision, including her primary care physician.  Plaintiff is informed and believes that documents responsive to the subpoenas were produced to ALLSTATE on or before December 31, 2018.  This was the third time such records had been provided to ALLSTATE.

23.     On or about January 18, 2019, ALLSTATE's counsel took plaintiff's deposition.  Plaintiff testified that her various orthopedic complaints that had mostly resolved.  However, she had been left with persistent tinnitus, and a near total loss of taste and smell.  She testified that she had never experienced these issues before the accident.

24.     On or about January 21, 2019, plaintiff's counsel wrote to ALLSTATE once again demanding that it tender the limit of plaintiff's uninsured motorist policy.

25.     On or about January 30, 2019, ALLSTATE sent a Demand for Physical Examination to be conducted on March 7, 2019 by orthopedic surgeon Daniel Kaplan, M.D.  This was a dilatory tactic – ALLSTATE selected an orthopedic surgeon to conduct the examination despite plaintiff's testimony (supported by medical records) that her orthopedic complaints had mostly resolved, and that her residual complaints were otolaryngologic in nature.

26.     On or about February 11, 2019, plaintiff's counsel sent ALLSTATE an Offer to Enter Award in the amount of $85,000 pursuant to *Code Civ. Proc.* §998.

27.     On or about March 7, 2019, Dr. Kaplan generated his "Independent Medical Examination" report.  In that report, he notes that "[plaintiff] complained of persistent headache, difficulty smelling, and ringing in the ears.  I would defer any issues regarding these problems to a neurologist or a laryngologist."  Otherwise, Dr. Kaplan opined that all of plaintiff's medical care was appropriate (save for a single urgent care visit which he deemed redundant), and that "there is no apportionment to prior or subsequent injuries."

28.     On or about March 11, 2019, ALLSTATE wrote to plaintiff's counsel requesting additional time to consider plaintiff's §998 demand, while "[w]e await the report from the independent medical examination of your client."  This was a dilatory tactic – Dr. Kaplan's report was already complete and dated March 7, 2019.

29.     On or about March 18, 2019, plaintiff's counsel wrote to ALLSTATE, rejecting its request for additional time to consider plaintiff's §998 demand.  In that correspondence, plaintiff's counsel wrote:

> Your request for more time on the 998 while you await Dr. Kaplan's report is a perfect illustration of Allstate's dilatory tactics in this claim.  First, Dr. Kaplan's report is complete and dated March 7, 2019.  Second, the report is largely unhelpful to any evaluation of the claim because Ms. Morales' permanent injuries are primarily otolaryngological in nature and thus outside Dr. Kaplan's expertise.  He even states in his report that "I would defer any issues regarding these problems to a neurologist or laryngologist."
>
> While Allstate dawdles, my client is deprived of the money she needs to pay her medical bills and necessities of life.  I accept your proposal of Hon. Michael Latin as an arbitrator.  As soon as

we receive his award, which is certain to exceed the policy limit, we intend to proceed against Allstate for its bad faith conduct.

30.     Once the parties agreed on an arbitrator on March 18, 2019, ALLSTATE continued its dilatory tactics by refusing to agree to a hearing date for nearly five months, despite the arbitrator's office offering numerous dates to which plaintiff agreed.

31.     On or about April 24, 2019, ALLSTATE sent a Demand for Physical Examination to be conducted on June 7, 2019 by otolaryngologist Hamid Djalilian, M.D.  At the time it selected him, ALLSTATE knew that Dr. Djalilian was neither fair nor objective.  Rather, ALLSTATE knew that Dr. Djaliian was a doctor retained regularly by insurance companies to minimize the nature of claimants' complaints or blame them on some cause, and selected him specifically for those purposes.

32.     In the meantime, plaintiff's counsel continued to press ALLSTATE to either schedule the arbitration hearing in a reasonable time, or pay plaintiff's claim, writing to ALLSTATE on or about May 9, 2019:

> This accident happened on July 12, 2017.  We provided all the information necessary to evaluate Ms. Morales' UIM claim in July 2018.  Your colleague Ms. Ochoa took her deposition in January 2019.  Now we're talking about a December arbitration date?  This is ridiculous - my client/your insured has a *permanent loss of taste and smell* caused by the airbag trauma to her face, backed up by objective findings.  A CT of the paranasal sinuses shows 2-3 fractures in the cribriform plate with downward displacement of bony fragments into the olfactory cleft causing the problem.  Two of Brenda [sic] Morales' five senses are *permanently gone*.  What exactly is Allstate's excuse for not paying her claim?  There is ZERO excuse to delay it any further.  You will pardon the strident tone of this email, as I am upset that my client's own insurance company is blatantly jerking her around.  (Emphasis in original)

33.     On or about June 7, 2019, Dr. Djalilian produced his "Independent Medical Examination" report. As expected, Dr. Djalilian both minimized the nature of plaintiff's complaints, and attributed them to other causes.  He opined that plaintiff was either feigning or malingering with respect to her complaints of tinnitus and loss of taste and smell.  He also opined that if she did indeed suffer from those symptoms, they were related to diabetes rather than the car accident of July 12, 2017.

34.     On or about August 12, 2019, the arbitration hearing was finally scheduled to take place on February 21, 2020.

35.     On or about January 20, 2020, ALLSTATE finally made an offer to settle plaintiffs claim in the amount of $14,361.08.  This offer was declined.

36.     On or about February 21, 2020, the arbitration hearing was held before the Honorable Michael A. Latin (Ret.).

37.     On or about March 1, 2020, the arbitrator issued a written award in favor of plaintiff, and against ALLSTATE, finding that the value of her claim exceeded the policy limit and awarding the maximum available under the policy of $85,000.  In his award, the arbitrator noted that he found plaintiff to be "a very credible witness," and rejected Dr. Djalilian's contentions that plaintiff was feigning or malingering.

**FIRST CAUSE OF ACTION**
**BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
**(By Plaintiff Against All Defendants)**

38.     Plaintiff incorporates by reference the foregoing paragraphs of this Complaint.

39.     By engaging the conduct described above, defendants tortuously breached their implied covenant of good faith and fair dealing with plaintiff by, among other things:

      a)      Failing to evaluate plaintiff's claim fairly;

      b)      Ignoring evidence that supported plaintiff's claim;

      c)      Retaining a biased doctor for the purpose of minimizing plaintiff's injuries, or blaming them on other causes;

      d)      Failing to make a timely settlement offer;

      d)      Making an unreasonably low settlement offer;

      e)      Failing to pursue adjustment of the claim with reasonable diligence;

8

COMPLAINT FOR DAMAGES

**Exhibit A**
**Page 9 of 57**

f)     Engaging in dilatory tactics to avoid paying plaintiff's claim timely; and

g)     Tormenting plaintiff with years of costly and unnecessary litigation.

40.     As a proximate result of the conduct described above, plaintiff has suffered special damages including economic and consequential damages in an amount to be proven at trial.

41.     As a further proximate result of the conduct described above, plaintiff has suffered general damages including anxiety, worry, mental and emotional distress, in an amount to be proven at trial.

42.     Defendants' conduct as described in this complaint was undertaken deliberately, with the intent to vex and annoy plaintiff, and with conscious disregard of plaintiff's rights. Thus, plaintiff is entitled to punitive and exemplary damages.

## **PRAYER FOR RELIEF**

WHEREFORE, plaintiff hereby prays that the court enter judgment in her favor and against defendants, and each of them, as follows:

A.  For general damages, according to proof;

B.  For special damages, according to proof;

C.  For punitive and exemplary damages, according to proof;

D.  For prejudgment interest, according to proof;

E.  For attorney's fees;

F.  For all costs of suit incurred herein; and

///

///

///

///

G.  For such further relief as the Court may deem just and proper.

Dated:  April 27, 2020                                SHAFIR LAW, APC

By:  _____
ARIK SHAFIR
Attorneys for Plaintiff GUADALUPE MORALES

10

COMPLAINT FOR DAMAGES

# EXHIBIT #1



Allstate.
You're in good hands.

Greg Barrios
3179 Hamner Ave #2
Norco CA 92860

Information as of June 12, 2017

Policyholder(s)                    Page **1** of 2
**Bardomiano M and Guadalupe S Morales**

Policy number
934 913 492

Your Allstate agency is
**Greg Barrios**
(951) 273-2500
GREGBARRIOS@allstate.com

BARDOMIANO M AND
GUADALUPE S MORALES
16150 GAMBLE AVE
RIVERSIDE CA 92508-9105

# We're confirming your policy change

Thank you for choosing Allstate to help protect what's important to you. We've enclosed documents that confirm the policy change(s) you requested. You'll find your coverage details listed on the enclosed amended policy declarations.

The following change(s) are effective as of 06/13/2017:

A change in description for your 02 BMW 330I.
A change in insurance coverage.

Your premium for the current policy period has not been affected. Your discount savings for this policy period are: $868.91.

## How to contact us

Give your Allstate Agent a call at (951) 273-2500 if you have any questions. It's our pleasure to keep you in good hands.

Sincerely,

Steven P. Sorenson
President, Allstate Northbrook Indemnity Company

Agent License Number:
0F06176

EA120-1



Policy number: **934 913 492**
Policy effective date:   March 15, 2017

## Your Insurance Coverage Checklist

We're happy to have you as an Allstate customer! This checklist outlines what's in this package and provides answers to some basic questions, as well as any "next steps" you may need to take.

☐ **What's in this package?**
See the guide below for the documents that are included. *Next steps:* review your *Policy Declarations* to confirm you have the coverages, coverage limits, premiums and savings that you requested and expected. Read any *Endorsements* or *Important Notices* to learn about new policy changes, topics of special interest, as well as required communications. Keep all of these documents with your other important insurance papers.

☐ **Am I getting all the discounts I should?**
Confirm with your Allstate Agent that you're benefiting from all the discounts you're eligible to receive.

☐ **What about my bill?**
Unless you've already paid your premium in full, we'll send your bill separately. *Next steps:* please pay the minimum amount by the due date listed on it.

You can also pay your bill online at allstate.com or by calling 1-800-ALLSTATE (1-800-255-7828). Para español, llamar al 1-800-979-4285. If you're enrolled in the Allstate® Easy Pay Plan, we'll send you a statement detailing your payment withdrawal schedule.

☐ **What if I have questions?**
You can either contact your Allstate Agent or call us 24/7 at 1-800-ALLSTATE (1-800-255-7828) – para español, llamar al 1-800-979-4285 – with questions about your coverage, or to update your coverages, limits, or deductibles. Or visit us online at allstate.com.

## A guide to your amended package







**Proof of Insurance ID Cards**
Your insurance cards are legally required, so please keep them in your vehicle at all times.

**Policy Declarations\***
The Policy Declarations lists policy details, such as your specific drivers, vehicles and coverages.

**Insurance Made Simple**
Insurance seem complicated? Our online guides explain coverage terms and features:
www.allstate.com/madesimple
Espanol.allstate.com/facildeentender

*\* To make it easier to see where you may have gaps in your protection, we've highlighted any coverages you do not have in the Coverage Detail section in the enclosed Policy Declarations.*

X21010064
17061830773
110000083077737X

**. Thank you for choosing Allstate**

**Allstate.**
You're in good hands.

## Proof of Insurance Card

For your convenience, two insurance cards have been included for each vehicle. State law requires that one of these cards be kept in each vehicle. Please place them in your vehicles by the effective date.



IDCA

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2002 BMW 330I
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      WBAEV53432KM17636
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2002 BMW 330I
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      WBAEV53432KM17636
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2016 Honda Pilot
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      5FNYF6H07GB115585
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2016 Honda Pilot
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      5FNYF6H07GB115585
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2017 Honda Civic
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      2HGFC1F7XHH631049
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2017 Honda Civic
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      2HGFC1F7XHH631049
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2005 Honda Civic
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      2HGES16635H552906
EXPIRATION DATE
09/15/17

*This card must be carried in the vehicle at all times as evidence of insurance.*

---

**California Proof of Auto Insurance Card**     **Allstate.** You're in good hands.

Allstate Northbrook Indemnity Company
PO Box 660598, Dallas, TX 75266-0598          NAIC# 36455
Bardomiano M and
Guadalupe S Morales
16150 Gamble Ave
Riverside CA 92508-9105
This policy meets the requirements of the applicable California financial responsibility law(s).

POLICY NUMBER                 YEAR / MAKE / MODEL
934 913 492                   2005 Honda Civic
EFFECTIVE DATE                VEHICLE ID NUMBER
03/15/17                      2HGES16635H552906
EXPIRATION DATE                    Exhibit A
09/15/17                       Page 15 of 57
*This card must be carried in the vehicle at all times as evidence of insurance.*

Policy number:  **934 913 492**                               Page **2** of 2
Policy effective date:     March 15, 2017

---

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

---

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

---

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

---

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

**If you have an accident or loss:**
- Get medical attention if needed.
- Notify the police immediately.
- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved, including passengers and witnesses.
- Call 1-800-ALLSTATE (1-800-255-7828), logon to allstate.com or contact your Allstate agent as soon as possible.

    Greg Barrios
    (951) 273-2500
    3179 Hamner Ave #2
    Norco, CA 92860

**Exhibit A**
**Page 16 of 57**

X21010 064
170612830773
11000008307733X2ICA0001706120103510065160020070043839

# Amended auto policy declarations

Your policy effective date is March 15, 2017



**Allstate.**
You're in good hands.

Information as of June 12, 2017

## Total Amount Due for the Policy Period

Please review your insured vehicles and verify their VINs are correct.

| Vehicles covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2005 Honda Civic | 2HGES16635H552906 | $798.05 |
| 2017 Honda Civic | 2HGFC1F7XHH631049 | 536.23 |
| 2016 Honda Pilot | 5FNYF6H07GB115585 | 486.90 |
| 2002 BMW 330I | WBAEV53432KM17636 | 222.26 |
| California Fraud Assessment Fee | | 4.40 |
| **Total\*** | | **$2,047.84** |

\* *Your bill will be mailed separately. Before making a payment, please refer to your latest bill, which includes payment options and installment fee information. If you do not pay in full, you will be charged an installment fee(s).*

See the **Important payment and coverage information** section for details about installment fees.

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Anti-theft | **$10.55** | Good Driver (20%) | **$495.37** |
| Professionals | **$81.81** | Distinguished Driver | **$281.18** |
| **Total discounts** | | | **$868.91** |

### Discounts per vehicle

**2005 Honda Civic** — **$218.10**

| | | | |
|---|---|---|---|
| Anti-theft | $3.52 | Good Driver (20%) | $184.01 |
| Professionals | $30.57 | | |

**2017 Honda Civic** — **$284.07**

| | | | |
|---|---|---|---|
| Anti-theft | $3.09 | Good Driver (20%) | $134.06 |
| Distinguished Driver | $124.91 | Professionals | $22.01 |

**2016 Honda Pilot** — **$257.41**

| | | | |
|---|---|---|---|
| Anti-theft | $3.94 | Good Driver (20%) | $121.73 |
| Distinguished Driver | $111.76 | Professionals | $19.98 |

**2002 BMW 330I** — **$109.33**

| | | | |
|---|---|---|---|
| Good Driver (20%) | $55.57 | Distinguished Driver | $44.51 |
| Professionals | $9.25 | | |

## Summary

Named Insured(s)
**Bardomiano M and Guadalupe S Morales**

Mailing address
**16150 Gamble Ave
Riverside CA 92508-9105**

Policy number
**934 913 492**

Your policy provided by
**Allstate Northbrook Indemnity Company**

Policy period
Beginning **March 15, 2017** through **September 15, 2017** at 12:01 a.m. standard time

Your policy changes are effective **June 13, 2017**

Your Allstate agency is
**Greg Barrios**
3179 Hamner Ave #2
Norco CA 92860
(951) 273-2500
GREGBARRIOS@allstate.com

**Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.**

CA010AMD



Amended auto policy declarations

Policy number: **934 913 492**

Policy effective date: March 15, 2017

*Listed drivers on your policy*

**Bardomiano Morales**
**Guadalupe Morales**
**Eduardo Morales**
**Leocadia Morales**

*Excluded drivers from your policy*

None

Amended auto policy declarations
Policy number: **934 913 492**
Policy effective date:     March 15, 2017

Page 3 of 7



**Allstate.**
You're in good hands.

## Coverage detail for 2005 Honda Civic

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $333.84 |
| Bodily Injury | $100,000 each person $300,000 each occurrence | | |
| Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $327.98 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $66.88 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person $300,000 each accident | Not applicable | $69.35 |
| Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | Not purchased* | | |
| Lease/Loan Gap | Not purchased* | | |
| Repair or Replacement Cost Option | Not purchased* | | |
| Sound System | Not purchased* | | |
| Tape | Not purchased* | | |
| **Total premium for 2005 Honda Civic** | | | **$798.05** |

*\* This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect you.*

**VIN** 2HGES16635H552906

**Rating information**
Your premium is determined based on certain information,
including the following:
- This vehicle is driven 3-9 miles to work/school, unmarried
  female licensed 14 years.

Allstate uses mileage information as one factor to help determine your premium amount.

**Important Note: The annual mileage figure applicable to this vehicle for the expiring policy period was: 7,000 - 7,499. The
annual mileage figure applicable to this vehicle for the current policy period is: 8,000 - 8,499.**

The required odometer information to calculate your annual mileage for the current policy period was not provided, was
illegible, could not be obtained or the most recent odometer reading we received was less than a previous reading.

If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate
representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.



CA010AMD

Amended auto policy declarations
Policy number: **934 913 492**
Policy effective date:      March 15, 2017

Page 4 of 7

## Coverage detail for 2017 Honda Civic

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $160.95 |
| Bodily Injury | $100,000 each person<br>$300,000 each occurrence | | |
| Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $285.46 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $58.81 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person<br>$300,000 each accident | Not applicable | $31.01 |
| Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | Not purchased* | | |
| Lease/Loan Gap | Not purchased* | | |
| Repair or Replacement Cost Option | Not purchased* | | |
| Sound System | Not purchased* | | |
| Tape | Not purchased* | | |
| Total premium for 2017 Honda Civic | | | $536.23 |

*** This coverage can provide you with valuable protection. To help you stay
current with your insurance needs, contact your Allstate agent to discuss
coverage options and other products and services that can help protect you.**

**VIN** 2HGFC1F7XHH631049

**Rating information**
Your premium is determined based on certain information,
including the following:
• This vehicle is driven 3-9 miles to work/school, married male
  licensed 33 years.

**Allstate uses mileage information as one factor to help determine your premium amount. The estimated number of miles that
this vehicle is driven annually is 8,000 - 8,499.**

**Important Note: The estimated annual mileage figure applicable to this vehicle for the expiring policy period was: 8,000 -
8,499. The estimated annual mileage figure applicable to this vehicle for the current policy period is: 8,000 - 8,499.**

**If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate
representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.**

Amended auto policy declarations
Policy number: **934 913 492**
Policy effective date: March 15, 2017

Page 5 of 7


You're in good hands.

## Coverage detail for 2016 Honda Pilot

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $151.15 |
| Bodily Injury | $100,000 each person<br>$300,000 each occurrence | | |
| Property Damage | $100,000 each occurrence | | |
| Auto Collision Insurance | Actual cash value | $500 | $226.63 |
| Waiver of deductible applies | | | |
| Auto Comprehensive Insurance | Actual cash value | $500 | $74.86 |
| Rental Reimbursement | Not purchased* | | |
| Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person<br>$300,000 each accident | Not applicable | $34.26 |
| Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | Not purchased* | | |
| Lease/Loan Gap | Not purchased* | | |
| Repair or Replacement Cost Option | Not purchased* | | |
| Sound System | Not purchased* | | |
| Tape | Not purchased* | | |
| **Total premium for 2016 Honda Pilot** | | | **$486.90** |

*This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

**VIN** 5FNYF6H07GB115585

**Rating Information**
Your premium is determined based on certain information, including the following:
• This vehicle is driven 3-9 miles to work/school, married female licensed 29 years.

Allstate uses mileage information as one factor to help determine your premium amount. The estimated number of miles that this vehicle is driven annually is 8,500 - 8,999.

Important Note: The estimated annual mileage figure applicable to this vehicle for the expiring policy period was: 8,500 - 8,999. The estimated annual mileage figure applicable to this vehicle for the current policy period is: 8,500 - 8,999.

If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.

CA010AMO



Amended auto policy declarations  
Policy number: 934 913 492  
Policy effective date: March 15, 2017

Page **6** of 7

## Coverage detail for 2002 BMW 330I

| Coverage | | Limits | Deductible | Premium |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not applicable | $178.07 |
| | Bodily Injury | $100,000 each person<br>$300,000 each occurrence | | |
| | Property Damage | $100,000 each occurrence | | |
| | Auto Collision Insurance | Not purchased* | | |
| | Auto Comprehensive Insurance | Not purchased* | | |
| | Rental Reimbursement | Not purchased* | | |
| | Towing and Labor Costs | Not purchased* | | |
| Uninsured Motorists Insurance | | | Not applicable | $44.19 |
| | Bodily Injury | $100,000 each person<br>$300,000 each accident | | |
| | Property Damage | $3,500 each accident | | |
| | Automobile Medical Payments | Not purchased* | | |
| Coordinated Medical Protection | | Not purchased* | | |
| Lease/Loan Gap | | Not purchased* | | |
| Repair or Replacement Cost Option | | Not purchased* | | |
| | Sound System | Not purchased* | | |
| Tape | | Not purchased* | | |
| Total premium for 2002 BMW 330I | | | | $222.26 |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

**VIN** WBAEV53432KM17636

**Rating information**  
Your premium is determined based on certain information, including the following:
- This vehicle is driven 3-9 miles to work/school, unmarried male licensed 09 years.

**Allstate uses mileage information as one factor to help determine your premium amount. The estimated number of miles that this vehicle is driven annually is 8,000 - 8,499.**

**Important Note: The estimated annual mileage figure applicable to this vehicle for the expiring policy period was: 0 - 99. The estimated annual mileage figure applicable to this vehicle for the current policy period is: 8,000 - 8,499.**

**If any of the information shown above is incorrect, missing or changes in the future, please contact your Allstate representative. Please keep in mind that a change in any of the information may result in an adjustment to your premium.**

CA010AMD

X21010 064  
170612830773  
110000083077733X2ICAA0O0170612010350D651600600704383

Amended auto policy declarations
Policy number: **934 913 492**
Policy effective date:     March 15, 2017

Page **7** of 7



**Allstate.**
You're in good hands.

## Additional coverages

| Coverage | Limits |
|---|---|
| Automobile Death Indemnity Insurance | Not purchased* |
| Automobile Disability Income Protection | Not purchased* |
| Identity Theft Expenses | Not purchased* |

*\* This coverage can provide you with valuable protection. To help you stay current with your insurance needs, contact your Allstate agent to discuss coverage options and other products and services that can help protect you.*

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Allstate Automobile Policy – AU104-3
- Amendment of Policy Provisions – AU14626-1
- California Amendatory Endorsement – AU14629-2

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your rate is lower because you are insuring multiple cars.

▶ Your bill will be sent to you in a separate mailing and will list any payment option(s) available to you. If you are eligible to pay your premium in installments, your first bill will reflect your available payment options, including the option to pay in full or to pay in monthly installments. Please note that any amounts payable for the first renewal bill will not include an installment fee (unless you have an unpaid balance from a previous policy period, in which case the Minimum Amount Due will include an installment fee, or unless you are participating in the Allstate Easy Pay Plan). The following applies to installment payments made after your first renewal bill.

If you decide to pay your premium in installments, there will be a $3.50 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and do not change your payment plan method, then the total amount of installment fees during the policy period will be $21.00.

If you are on the Allstate® Easy Pay Plan, there will be a $1.00 installment fee charge for each payment due. If you make 6 installment payments during the policy period, and remain on the Allstate® Easy Pay Plan, then the total amount of installment fees during the policy period will be $6.00.

If you change payment plan methods or make additional payments, your installment fee charge for each payment due and the total amount of installment fees during the policy period may change or even increase.

Please note that the Allstate® Easy Pay Plan allows you to have your insurance payments automatically deducted from your checking or savings account.

**Allstate Northbrook Indemnity Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

*St. P. Sorenson*

Steven P. Sorenson
President

*Susan L. Lees*

Susan L. Lees
Secretary

CA010AMD



# Allstate
# Auto Insurance
# Policy

/////////////////

Policy: IIIII(II(IIIIIIII                    Effective: ////////////////

Issued to:                                   //////////////////////////////////
)))))))))))))))))))))))))))))))))))))         (((((((((((((((((((((((((((((((((
)))))))))))))))))))))))))))))))))))))         IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII
)))))))))))))))))))))))))))))))))))))         IIIII((IIII(III(III(IIII(II(IIIIII
)))))))))))))))))))))))))))))))))))))



AU104-3

## TABLE OF CONTENTS

General ................................................................ 2
When And Where The Policy Applies ....................... 2
Limited Mexico Coverage .........................................2
Premium Changes .....................................................2
Coverage Changes ....................................................2
Duty To Report Policy Changes ...............................2
Combining Limits Of Two Or More Autos Prohibited   3
Transfer ....................................................................3
Termination ..............................................................3
Non Renewal .............................................................3
Cancellation ..............................................................3
Part I — Automobile Liability Insurance
        Coverages AA and BB ........................ 4
Insuring Agreement ..................................................4
Additional Payments Allstate Will Make ................. 4
Insured Persons .......................................................4
Insured Autos ...........................................................4
Definitions ................................................................5
Exclusions — What is not covered ...........................5
Financial Responsibility ...........................................6
Limits Of Liability .....................................................6
If There Is Other Insurance ......................................6
Assistance And Cooperation .....................................6
Action Against Allstate .............................................6
Bankruptcy or Insolvency .........................................6
What To Do In Case Of An Auto Accident Or Claim ... 7
Part II — Automobile Medical Payments
        Coverage CC ................................... 7
Insuring Agreement ..................................................7
Insured Persons .......................................................7
Insured Autos ...........................................................7
Definitions ................................................................7
Exclusions — What is not covered ...........................8
Limits Of Liability .....................................................8
Unnecessary or Unreasonable Medical Expenses ..... 9
If There Is Other Insurance ......................................9
Assistance And Cooperation .....................................9
Action Against Allstate .............................................9
Proof Of Claim; Medical Reports ..............................9
Part III — Coordinated Medical Protection
        Coverage CX ................................... 9
Insuring Agreement ..................................................9
Deductible ...............................................................10
Insured Persons .....................................................10
Insured Autos .........................................................10
Definitions ..............................................................10
Exclusions — What is not covered ......................... 11
Limits Of Liability ...................................................11
Unnecessary or Unreasonable Medical Expenses ... 11
If There Is Other Automobile Medical Insurance ..... 12

Assistance and Cooperation ...................................12
Action Against Allstate ...........................................12
Proof of Claim; Medical Reports .............................12
Part IV — Automobile Death Indemnity Insurance
        Coverage CM ................................. 12
Insuring Agreements ..............................................12
Insured Persons .....................................................12
Definitions ..............................................................12
Exclusions — What is not covered ......................... 12
Payment Of Benefits; Autopsy ................................13
Consent Of Beneficiary ...........................................13
Proof Of Claim; Medical Reports ............................13
Part V — Automobile Disability Income Protection
        Coverage CW ................................. 13
Insuring Agreement ................................................13
Insured Persons .....................................................13
Definitions ..............................................................13
Exclusions — What is not covered ......................... 13
To Whom And When Payment Is Made ................... 14
Proof Of Claim; Medical Reports ............................14
Part VI — Uninsured Motorists Insurance
        Coverage SS ................................. 14
Insuring Agreement ................................................14
Insured Persons .....................................................14
Definitions ..............................................................15
Exclusions — What is not covered ......................... 16
Limits Of Liability ...................................................16
If There Is Other Insurance .....................................16
Proof Of Claim; Medical Reports ............................17
Assistance And Cooperation ...................................17
Payment Of Loss By Allstate ...................................17
Action Against Allstate ...........................................17
If We Cannot Agree .................................................17
Part VII — Protection Against Loss To The Auto
        Coverages DD, HH, HE, HF, HG, JJ,
        UU, ZA, ZZ ................................... 18
Insurance Agreements For Each Coverage ............. 18
Waiver Of Collision Deductible Option .................... 18
If We Cannot Agree .................................................18
Additional Payments Allstate Will Make ................. 19
Insured Autos .........................................................20
Definitions ..............................................................20
Exclusions — What is not covered ......................... 21
Right To Appraisal ..................................................21
Payment Of Loss By Allstate ...................................21
Limits Of Liability ...................................................22
If There Is Other Insurance .....................................22
Action Against Allstate ...........................................22
Subrogation Rights .................................................22
What You Must Do If There Is A Loss ..................... 22

Page 1

Exhibit A
Page 25 of 57

# Allstate Insurance Company

The Company Named in the Policy Declarations
A Stock Company
Home Office: Northbrook, Illinois

## General

This policy is a legal contract between you and us. A coverage applies only when a premium for it is shown on the Policy Declarations. If more than one auto is insured, premiums will be shown for each auto. If you pay the premiums when due and comply with the policy terms, Allstate, relying on the information you have given us, makes the following agreements with you.

## When And Where The Policy Applies

Your policy applies only during the policy period. During this time, it applies to losses to the auto, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

The policy period is shown on the Policy Declarations. If we offer to renew your policy, you may continue the policy for a successive policy period of six months by paying the required renewal premium payment when due. If the required renewal premium payment isn't received on or before the end of the then current policy period, your policy will terminate automatically on the expiration date of the then current policy period.

## Limited Mexico Coverage

For your protection you should purchase insurance from a company licensed in Mexico. However, the coverage of this policy for an insured private passenger or utility auto is extended to cover that auto within the Republic of Mexico. This coverage applies only while the insured auto is within 75 miles of the United States border and only for a period not to exceed ten days after each separate entry into the Republic of Mexico.

If loss or damage occurs which may require repair of the insured auto or replacement of any part(s) while the auto is in Mexican territory, the basis for adjustment of the claim will be as follows:

The repair or replacement costs will not exceed the cost of having the repairs or replacements

made at the nearest point in the United States where the repairs or replacements can be made. The cost for towing, transportation and salvage operations of the auto while within Mexican territory are not covered under this policy.

## WARNING

Unless you have auto insurance written by a Mexican insurance company, you may spend many hours or days in jail if you have an accident in Mexico. Insurance coverage should be secured from a company licensed under the laws of Mexico to write such insurance in order to avoid complications and possible penalties under the laws of Mexico, including the impoundment of your auto.

## Changes

### Premium Changes

The premium for each auto which Allstate agrees to insure based on information Allstate has received from you or other sources. You agree to cooperate with us in determining if this information is correct, if it is complete, and if it changes during the policy period. You agree that if this information changes or is incorrect or incomplete, we may adjust your premium accordingly during the policy period.

### Coverage Changes

When Allstate broadens a coverage during the policy period without additional charge, you have the new feature if you have the coverage to which it applies. The new feature applies on the date the coverage change is effective in your state. Otherwise, the policy can be changed only by endorsement. Any change in your coverage will be made using the rules, rates and forms in effect, and on file if required, for our use in your state.

### Duty To Report Policy Changes

Your policy was issued in reliance on the information you provided concerning autos and persons insured by the policy. To properly insure your auto, you should promptly notify us when you change your address or whenever any resident operators insured by your policy are added or deleted.

You must tell us within 30 days when you acquire a replacement auto. If you don't, certain coverages of this policy may not apply.

Page 2

**Allstate Insurance Company**

When you acquire an additional auto, we will provide 30 days of coverage immediately after you become the owner. However, we will provide this coverage only if:

1. you acquire the auto during the policy period;

2. you tell us within 30 days of acquiring the auto;

3. no other insurance policy provides coverage for the auto; and

4. you pay the additional premium.

We will not provide coverage for more than 30 days unless:

1. you ask us to insure the additional auto within 30 days after you become the owner;

2. we agree to provide the coverage you select for this auto; and

3. you pay the additional premium.

### Combining Limits Of Two Or More Autos Prohibited

If you have two or more autos insured in your name and one of these autos is involved in an accident, only the coverage limits shown on the Policy Declarations for that auto will apply. When you have two or more autos insured in your name and none of them is involved in the accident, you may choose any single auto shown on the Policy Declarations and the coverage limits applicable to that auto will apply.

The limits available for any other auto covered by the policy will not be added to the coverage for the involved or chosen auto.

### Transfer

This policy can't be transferred to anyone without our written consent. However, if you die, coverage will be provided until the end of the policy period for:

1. your legal representative while acting as such, and

2. persons covered on the date of your death.

### Termination

If we offer to renew your policy and your required premium payment isn't received on or before the end of the then current policy period, your policy will terminate automatically on the expiration date of the then current policy period.

### Non Renewal

If we don't intend to continue the policy beyond the current policy period, we will mail you notice at least 20 days before the end of the policy period.

### Cancellation

You may cancel this policy by writing us the future date you wish to stop coverage.

Allstate may cancel part or all of this policy by mailing notice to you at your last known address. If we cancel because you didn't pay the premium, the date of cancellation will be at least 10 days after the date of mailing. If we cancel for any reason other than non-payment of premium, we will give you notice as follows:

1. During the first 60 days the original policy is in effect, we will give you 10 days notice of cancellation.

2. After the first 60 days, we will give you 20 days notice of cancellation.

Proof of mailing the notice will be proof of notice. A refund, if due, will be in proportion to the time your policy has been in effect. Cancellation will be effective even if the refund is not made immediately.

After your original policy has been in effect 60 days, Allstate won't cancel or reduce your coverage during the policy period unless:

1. you don't pay the premium when it's due;

2. you or any member of your household has had a driver's license suspended or revoked during the last 12 months; or

3. Allstate has mailed notice within the first 60 days that we don't intend to continue the policy.

Page 3

# Part I
# Automobile Liability Insurance
# Bodily Injury—Coverage AA
# Property Damage —
# Coverage BB

Allstate will pay those damages which an insured person is legally obligated to pay because of:
1. bodily injury, sustained by any person, and

2. damage to, or destruction of, property.

Under these coverages, your policy protects an insured person from liability for damage arising out of the ownership, maintenance or use, loading or unloading of an insured auto.

We will defend an insured person sued for damages which are covered by this policy even if the suit is groundless or false. We will choose the counsel. We may settle any claim or suit if we believe it is proper. We will not defend an insured person sued for damages which are not covered by this policy.

## Additional Payments Allstate Will Make

When we defend an insured person under this Part, we will pay:
1. up to $50 a day for loss of wages or salary if we ask that person to attend hearings or trials to defend against a bodily injury suit. We won't pay for loss of other income. We will pay other reasonable expenses incurred at our request.

2. court costs for defense.

3. interest accruing on damages awarded. We will pay this interest only until we have paid, offered, or deposited in court the amount for which we are liable under this policy. We will only pay interest on damages not exceeding our limits of liability.

4. premiums on appeal bonds and on bonds to release attachments, but not in excess of our limit of liability. We aren't required to apply for or furnish these bonds.

We will repay an insured person for:
1. the cost of any bail bonds required due to an accident or traffic law violation involving the use of the insured auto. We won't pay more than $300 per bond. We aren't required to apply for or furnish these bonds.

2. any expense incurred for first aid to others at the time of an auto accident involving the insured auto.

## Insured Persons
1. While using your insured auto:
   a) you,
   b) any resident, and
   c) any other person using it with your permission.

2. While using a non-owned auto:
   a) you,
   b) any resident relative using a four wheel private passenger auto or utility auto.

3. Any other person or organization liable for the use of an insured auto if the auto is not owned or hired by this person or organization, provided the use is by an insured person under 1. or 2. above and then only for that person's acts or omissions.

## Insured Autos
1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with.

2. An additional four wheel private passenger auto or utility auto you become the owner of during the policy period will be covered for 30 days immediately after you acquire it. However, we will provide this coverage only if Allstate or one of its affiliates insures all other private passenger autos or utility autos you own, and you pay the additional premium.

   Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto;
   b) we agree to continue coverage for this additional auto or utility auto;
   c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, being temporarily used while your

Page 4

**Allstate Insurance Company**

insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4.  A non-owned auto used by you or a resident relative with the owner's permission. This auto must not be available or furnished for the regular use of you or a resident relative.

5.  A trailer while attached to an insured auto. The trailer must be designed for use with a private passenger auto or utility auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto.

**Definitions**

1.  "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2.  "Auto"—means a land motor vehicle designed for use on public roads.

3.  "Bodily Injury"—means bodily injury, sickness, disease or death.

4.  "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

5.  "Utility Auto"—means an auto of the pick-up body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

6.  "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

**Exclusions—What is not covered**

Allstate will not pay for those damages which an insured person is legally obligated to pay because of:

1.  bodily injury or property damage arising out of the use of your insured auto while used to carry persons or property for a charge, or any auto you are driving while available for hire by the public. This exclusion does not apply to shared-expense car pools or when the three following conditions are met:

a)  you are operating an auto as a volunteer service for a nonprofit charitable organization or a governmental agency; and

b)  you are transporting physically or mentally handicapped persons or persons 60 years of age or older; and

c)  you do not receive more than the amount allowed for by law for reimbursement of actual miles driven.

2.  bodily injury or property damage arising out of auto business operations such as repairing, servicing, testing, washing, parking, storing, or selling autos. This exclusion applies only if there is other collectible liability insurance available to that person with limits at least equal to the minimum requirements of the applicable Motor Vehicle Financial Responsibility law. However, if there is no other collectible liability insurance, the maximum payable under this policy is limited to the minimum requirements of the applicable Motor Vehicle Financial Responsibility law.

However, coverage does apply to you, or a resident relative when using your insured auto.

3.  bodily injury or property damage arising out of the use of a non-owned auto in any business or occupation of an insured person. However, this exclusion does not apply while you, your chauffeur, or domestic servant are using a private passenger auto or trailer.

4.  bodily injury to an employee of any insured person arising in the course of employment. This exclusion does not apply to your domestic employee who is not required to be covered by a worker's compensation law or similar law.

5.  bodily injury to a co-worker injured in the course of employment. This exclusion does not apply to you.

6.  bodily injury to you or any resident of your household related to you by blood, marriage, or adoption whenever the ultimate benefits of this coverage would accrue directly or indirectly to you or any resident of your household related to you by blood, marriage or adoption.

Page 5

## Allstate Insurance Company

7. damage to or destruction of property an insured person owns, transports, is in charge of, or rents. An auto operated by an insured person is considered to be property in charge of an insured person. However, a private residence or a garage rented by that person is covered.

8. bodily injury or property damage which may reasonably be expected to result from the intentional or criminal acts of an insured person or which are in fact intended by an insured person.

9. bodily injury or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

### Financial Responsibility

When this policy is certified as proof under any motor vehicle financial responsibility law, this policy will comply with the provisions of that law.

### Limits Of Liability

The limits shown on the Policy Declarations are the maximum we will pay for any single auto accident. The limit stated for each person for bodily injury is the maximum we will pay for damages because of bodily injury sustained by one person in any single auto accident, including damages sustained by anyone else as a result of the bodily injury. Subject to the limit for each person, the limit stated for each occurrence is the maximum we will pay for damages for bodily injury sustained by two or more persons in any single auto accident. For property damage, the limit applies to damages arising from each occurrence.

The liability limits apply to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy will not increase our liability limits beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limits also won't be increased if you have other auto insurance policies that apply.

There will be no duplication of payments made under the Bodily Injury Liability and Uninsured Motorists Coverage of this policy.

An auto and attached trailer are considered one auto. Also, an auto and a mounted camper unit, topper, cap or canopy are considered one auto.

If a single "each occurrence" limit is stated on the Policy Declarations for Automobile Liability Insurance, this limit will be the maximum amount of Allstate's liability for both bodily injury and property damage arising out of any one occurrence.

### If There Is Other Insurance

If an insured person is using a substitute private passenger auto or non-owned auto, our liability insurance will be excess over other collectible insurance. If more than one policy applies on a primary basis to an accident involving your insured auto, we will bear our proportionate share with other collectible liability insurance.

If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible excess liability insurance.

### Assistance And Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for bail bonds or first aid to others.

### Action Against Allstate

No insured person may sue us under this coverage unless there is full compliance with all the policy terms.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and us, then whoever obtains this judgment or agreement against an insured person, may sue us up to the limits of this policy. However, no one has the right to join us in a suit to determine legal responsibility.

### Bankruptcy or Insolvency

The bankruptcy or insolvency of an insured person or that person's estate won't relieve us of any obligation.

Page 6

### What To Do In Case Of An Auto Accident Or Claim

If an insured person has an auto accident, we must be informed promptly of all details. If an insured person is sued as the result of an auto accident, we must be informed as soon as possible.

## Part II
# Automobile Medical Payments Coverage CC

Allstate will pay to or on behalf of an insured person all reasonable expenses actually incurred by an insured person for necessary medical treatment, medical services or medical products actually provided to the insured person. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, and funeral service expenses, and professional nursing services are covered. Payments will be made only when bodily injury is caused by an auto accident.

The treatment, services, or products must be rendered within one year after the accident. This will be extended to five years if the amount of insurance shown on the Policy Declarations for this coverage is more than $5,000.

This coverage does not apply to any person to the extent that the treatment is covered under any workers compensation law.

### Insured Persons

1. You and any resident relative who sustains bodily injury while in, on, getting into or out of, or when struck by an auto or trailer. The use of a non-owned auto must be with the owner's permission.

2. Any other person who sustains bodily injury while in, on, getting into or out of
   a) your insured auto while being used by you, a resident relative, or any other person with your permission.
   b) a non-owned auto if the injury results from your operation or occupancy.
   c) a non-owned auto if the injury results from the operation on your behalf by your private chauffeur or domestic servant.
   d) a non-owned private passenger auto or trailer if the injury results from the

operation or occupancy by a resident relative.

The use of non-owned autos must be with the owner's permission.

### Insured Autos

1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with.

2. An additional four wheel private passenger auto or utility auto you acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner. However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger auto or utility autos you own, and you pay the additional premium.

   Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto;
   b) we agree to continue coverage for this additional auto or utility auto;
   c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4. A non-owned auto having not less than four wheels used with the owner's permission. This auto must not be available or furnished for the regular use of an insured person.

5. A trailer while attached to an insured auto. The trailer must be designed for use with a private passenger auto or utility auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto.

### Definitions

1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Auto"—means a land motor vehicle designed for use on public roads.

Page 7

## Allstate Insurance Company

3. "Bodily Injury"—means bodily injury, sickness, disease or death.

4. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

5. "Utility Auto"—means an auto of the pickup body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

6. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

This coverage does not apply to bodily injury to:

1. you or a resident relative while in, on, getting into or out of an auto you or a resident relative own but do not insure for this coverage.

2. you or a resident relative while in, on, getting into or out of, or struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads, or
   b) a vehicle or other equipment designed for use off public roads, while not on public roads.

3. any person while in, on, getting into or out of:
   a) an owned auto while available for hire to the public. This exclusion does not apply to shared-expense car pools.
   b) an auto or trailer while used as a residence or premises.

4. any person, other than you or a resident relative, while using a non-owned auto:
   a) which is available for hire by the public, or
   b) in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos.

   Coverage is provided for you, your private chauffeur or domestic servant while using a private passenger auto or trailer in any other business or occupation.

5. any person resulting from any act of war, insurrection, rebellion, or revolution.

## Limits Of Liability

The limit shown on the Policy Declarations is the maximum we will pay for all expenses incurred by or for each person as the result of any one auto accident.

The medical payments limit applies to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy won't increase our limit beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limit also won't be increased if you have other auto insurance policies that apply.

If an insured person dies as the result of a covered auto accident, we will pay the least of the following as a funeral service expenses benefit:
1. $2,000; or

2. the Coverage CC limit of liability stated on the Policy Declarations; or

3. the remaining portion of the Coverage CC limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Coverage CC. This benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent if that parent is a resident of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments made under the Bodily Injury Liability and Automobile Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the Bodily Injury Liability coverage of this policy will be reduced by that amount.

Page 8

### Unnecessary or Unreasonable Medical Expenses

If the insured person incurs medical expenses which we deem to be unreasonable or unnecessary, we may refuse to pay those expenses and contest them. Unreasonable medical expenses are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary medical expenses are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount, or duration of medical services.

If the insured person is sued by a medical services provider because we refuse to pay contested medical expenses, we will pay all defense costs and any resulting judgment against the insured person. We will choose the counsel. The insured person must cooperate with us in the defense of any claim or lawsuit. If we ask the insured person to attend hearings or trials, we will pay up to $50 per day for lost wages or salary. We will also pay other reasonable expenses incurred at our request.

### If There Is Other Insurance

When this coverage applies to a substitute auto or ·non-owned auto, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement auto or additional auto, this policy will not apply if you have other collectible auto medical insurance.

When this coverage applies to an owned auto insured by an affiliate of Allstate or any other insurer, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

### Assistance And Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for first aid to others.

### Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the policy terms.

### Proof Of Claim; Medical Reports

As soon as possible, any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable. We may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take medical examinations by physicians we choose, as often as we reasonably require. We must be given authorization to obtain medical reports and other records pertinent to the claim.

# Part III
# Coordinated Medical Protection
## Coverage CX

Allstate will pay to or on behalf of an insured person all reasonable expenses incurred for necessary medical treatment, services, or products actually provided to an insured person. Ambulance, hospital, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, funeral service expenses, and professional nursing services are covered. Payments will be made only when bodily injury is caused by an auto accident. The treatment, services, or products must be rendered within five years after the accident.

Coverage CX applies to you and resident relatives on an excess basis only. This means that Allstate will not be liable to the extent that any elements of loss covered under Coordinated Medical Protection are paid, payable or required to be provided to or on behalf of you or a resident relative under the provisions of any and all primary medical plans.

Coverage CX will apply on a primary basis to expenses for elements of loss which are not covered under the primary medical plan applicable to you or resident relatives.

Coverage CX does not apply to any person to the extent that the treatment is covered under any workers compensation law.

Page 9

**Allstate Insurance Company**

### Deductible

If there is no primary medical plan covering you and resident relatives in effect on the date of the accident, Allstate will pay only when covered expenses for you or a resident relative exceed $2,000. We will then pay only the excess amount. This deductible applies to each person. This paragraph does not apply if coverage under the primary medical plan terminates within 30 days prior to the loss.

This deductible does not apply to funeral service expenses.

### Insured Persons

1. You and any resident relative who sustains bodily injury while in, on, getting into or out of, or when struck by, an auto or trailer. The use of a non-owned auto must be with the owner's permission.

2. Any other person who sustains bodily injury while in, on, getting into or out of
   a) your insured auto while being used by you, a resident relative, or any other person with your permission.
   b) a non-owned auto if the injury results from your operation or occupancy.
   c) a non-owned auto if the injury results from the operation on your behalf by your private chauffeur or domestic servant.
   d) a non-owned private passenger auto or trailer if the injury results from the operation or occupancy by a resident relative.

   The use of non-owned autos must be with the owner's permission.

### Insured Autos

1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with.

2. An additional four wheel private passenger auto or utility auto you acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner. However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger autos or utility autos you own, and you pay the additional premium.

Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto;
   b) we agree to continue coverage for this additional auto or utility auto;
   c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4. A non-owned auto having not less than four wheels used with the owner's permission. This auto must not be available for the regular use of an insured person.

5. A trailer while attached to an insured auto. The trailer must be designed for use with a private passenger auto or utility auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto.

### Definitions

1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Auto"—means a land motor vehicle designed for use on public roads.

3. "Bodily Injury"—means bodily injury, sickness, disease or death.

4. "Primary Medical Plan"—means individual, blanket or group accident disability, health, major medical or hospitalization insurance or a health maintenance organization which covers expenses on a primary basis for treatment, services and products required due to a bodily injury caused by an auto accident. The Federal Medicare program is not a primary medical plan.

5. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

Page 10

Allstate Insurance Company

6. "Utility Auto"—means an auto of the pickup body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

7. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered

This coverage does not apply to bodily injury to

1. you or a resident relative while in, on, getting into or out of an auto you or a resident relative own but do not insure for this coverage under this policy.

2. you or a resident relative while in, on, getting into or out of, or when struck as a pedestrian by:
   a) a vehicle operated on rails or crawler-treads, or
   b) a vehicle or other equipment designed for use off public roads while not on public roads.

3. any person while in, on, getting into or out of:
   a) an owned auto while available for hire to the public. This exclusion does not apply to shared-expense car pools.
   b) an auto or trailer while used as a residence or premises.

4. any person, other than you or a resident relative, while using a non-owned auto:
   a) which is available for hire by the public, or
   b) in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos.

   Coverage is provided for you, your private chauffeur or domestic servant while using a private passenger auto or trailer in any other business or occupation.

5. any person resulting from any act of war, insurrection, rebellion, or revolution.

## Limits Of Liability

The limit shown on the Policy Declarations is the maximum we will pay for all expenses incurred by or for each insured person as the result of any one auto accident.

The medical payments limit applies to each insured auto as shown on the Policy Declarations. The insuring of more than one person or auto under this policy won't increase our limit beyond the amount shown for any one auto, even though a separate premium is charged for each auto. The limit also won't be increased if you have other auto insurance policies that apply.

If an insured person dies as the result of a covered auto accident, we will pay the least of the following as a funeral service expenses benefit:
1. $2,000; or

2. the remaining portion of the Coverage CX limit of liability not expended for other covered medical expenses.

This funeral service expenses benefit does not increase, and will not be paid in addition to, the limits of liability stated on the Policy Declarations for Coverage CX. This benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to either parent if that parent is a resident of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments made under the Bodily Injury Liability and Coordinated Medical Protection coverage of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person. The damages payable under the Bodily Injury Liability coverage of this policy will be reduced by that amount.

## Unnecessary or Unreasonable Medical Expenses

If the insured person incurs medical expenses which we deem to be unreasonable or unnecessary, we may refuse to pay those expenses and contest them. Unreasonable medical expenses are fees for medical services which are substantially higher than the usual and customary charges for those services. Unnecessary medical expenses are fees for medical services which are not usually and customarily performed for treatment of the injury, including fees for an excessive number, amount, or duration of medical services.

Page 11

If the insured person is sued by a medical services provider because we *refuse to pay* contested medical expenses, we will pay all defense costs and any resulting judgment against the insured person. We will choose the counsel. The insured person must cooperate with us in the defense of any claim or lawsuit. If we ask the insured person to attend hearings or trials, we *will pay up to $50 per day* for lost wages or salary. We will also pay other reasonable expenses incurred at our request.

### If There Is Other Automobile Medical Insurance

When this coverage applies to a substitute auto or a non-owned auto, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement auto or additional auto, this policy will not apply if you have other collectible auto medical insurance.

When this coverage applies to an owned auto insured by an affiliate of Allstate or any other insurer, Allstate will pay only after all other collectible auto medical insurance has been exhausted.

### Assistance and Cooperation

When we ask, an insured person must cooperate with us in the investigation, settlement and defense of any claim or lawsuit. If we ask, that person must also help us obtain payment from anyone who may be jointly responsible.

We can't be obligated if an insured person voluntarily takes any action or makes any payments other than for covered expenses for first aid to others.

### Action Against Allstate

No one may sue us under this coverage unless there is full *compliance with all the policy terms.*

### Proof of Claim; Medical Reports

As soon as possible, any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable. We may also require any person making claim to submit to questioning under oath and sign the transcript.

The injured person may be required to take medical examinations by physicians we choose, as often as

we reasonably require. We must be given authorization to obtain medical reports and other records pertinent to the claim.

## Part IV
## Automobile Death Indemnity Insurance
### Coverage CM

Allstate will pay the benefit shown on the Policy Declarations if an insured person dies as the direct result of *bodily injury* caused by an auto accident. The injury must be sustained while the insured person is in, on, getting into or out of, or when struck as a pedestrian by an auto, trailer or semi-trailer.

*Benefits will be paid only if:*
1. death occurs within 90 days of the auto accident; or

2. death occurs within 1 year of the auto accident and the bodily injury has continuously *prevented the insured person from performing* all duties pertaining to that person's occupation.

### Insured Persons

The person or persons shown as insured on the Policy Declarations under Coverage CM.

### Definitions
1. "Allstate", "We", or "Us"—means the company as indicated on the Policy Declarations.

2. "Auto" — means a land motor vehicle designed for use on public roads.

3. "Bodily Injury"—means bodily injury, sickness or disease.

### Exclusions—What is not covered
This coverage does not apply to death:
1. sustained in the course of an occupation by any person while:
   a) operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial auto, or an auto hired or rented to others for a charge.

Page 12

**Allstate Insurance Company**

b)  repairing or servicing autos, including
any related duties.

2.  due to suicide committed while sane or insane.

3.  due to any act of war, insurrection, rebellion,
or revolution.

4.  sustained while in, on, getting into or out of,
or when struck as a pedestrian by
a)  a vehicle operated on rails or
crawler-treads;
b)  a vehicle or other equipment designed for
use off public roads, while not on public
roads; or
c)  a vehicle when used as a residence or
premises.

### Payment Of Benefits; Autopsy
The benefit is payable to the deceased insured
person's spouse. The spouse must be a resident
of the same household as the insured person at the
time of the accident. However, if the deceased is a
minor, the benefit is payable to either parent. That
parent must be a resident of the same household
as the minor at the time of the accident. In all other
cases, the benefit is payable to the deceased
insured person's estate.

Allstate has the right and must be given the
opportunity to make an autopsy where it is not
prohibited by law.

### Consent Of Beneficiary
The beneficiary's consent is not required for
cancellation, assignment, change of beneficiary, or
any other change under this coverage.

### Proof Of Claim; Medical Reports
As soon as possible, we must be given written
proof of claim. It must include all details we may
need to determine if benefits are payable.

We must be given authorization to obtain medical
reports and copies of records.

## Part V
## Automobile Disability Income Protection
## Coverage CW
Allstate will pay the weekly benefit shown on the
Policy Declarations if an insured person sustains
continuous total disability as a direct result of
bodily injury caused by an auto accident. The
injury must be sustained while in, on, getting into
or out of, or when struck as a pedestrian by an
auto, trailer or semi-trailer.

Benefits will be paid only while the insured person
is alive and only if the disability:
1.  commences within 20 days of the date of the
accident; and

2.  during the first year after commencement,
continuously prevents the insured person
from performing all duties pertaining to that
person's occupation; and

3.  during the second and subsequent years after
commencement, continuously prevents the
insured person from engaging in any
occupation or employment for wage or profit.

### Insured Persons
The person or persons shown as insured on the
Policy Declarations under Coverage CW.

### Definitions
1.  "Allstate", "We", or "Us"—means the
company as indicated on the Policy
Declarations.

2.  "Auto"—means a land motor vehicle designed
for use on public roads.

3.  "Bodily Injury"—means bodily injury, sickness
or disease.

### Exclusions—What is not covered
This coverage does not apply to disability:
1.  sustained in the course of an occupation by
any person while:
a)  operating, loading, unloading, assisting
on, or performing any other duties related
to the use of a commercial auto, or an
auto hired or rented to others for a
charge.

Page 13

**Allstate Insurance Company**

b) repairing or servicing autos, including any related duties.

2. due to any attempt at suicide while sane or insane.

3. due to any act of war, insurrection, rebellion or revolution.

4. sustained while in, on, getting into or out of, or when struck as a pedestrian by
   a) a vehicle operated on rails or crawler-treads;
   b) a vehicle or other equipment designed for use off public roads, while not on public roads; or
   c) a vehicle when used as a residence or premises.

### To Whom And When Payment Is Made
Weekly benefits are payable to the disabled insured person. Accrued weekly benefits are payable every four weeks. Any remaining balance is payable at termination of the disability period. Benefits end upon the death of the insured person.

### Proof Of Claim; Medical Reports
As soon as possible, any person making claim must give us written proof of claim.

The injured person may be required to take medical examinations which we choose, as often as we reasonably require. We must be given authorization to obtain medical reports and copies of records.

## Part VI
## Uninsured Motorists Insurance Coverage SS
We will pay those damages that an insured person is legally entitled to recover from the owner or operator of an uninsured auto because of:
1. bodily injury sustained by an insured person, and property damage.

2. Property damage is covered only if a separate limit is shown on the Policy Declarations for Uninsured Motorists Insurance—Property Damage.

The bodily injury or property damage must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto. We will not pay any punitive or exemplary damages.

The right to benefits and the amount payable will be decided by agreement between the insured person and Allstate. If an agreement can't be reached, the decision will be made by arbitration.

If an insured person sues a person believed responsible for the accident without our written consent, we aren't bound by any resulting judgment.

### Insured Persons
1. You and any resident relative.

2. Any other person while in, on, getting into or out of an insured auto with your permission.

3. Any other person who is legally entitled to recover because of bodily injury to you, a resident relative, or an occupant of your insured auto with your permission.

### An insured auto is a motor vehicle:
1. described on the Policy Declarations. This includes the motor vehicle you replace it with.

2. you become the owner of during the premium period. This additional motor vehicle will be covered for 30 days immediately after you become the owner. However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger motor vehicles you own, and you pay the additional premium. Coverage will be continued beyond this 30 day period only if:
   a) you ask us to continue coverage within 30 days after you acquire the motor vehicle;
   b) we agree to continue coverage for this additional motor vehicle;
   c) you pay the additional premium.

3. not owned by you or a resident relative if being temporarily used while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed. The motor vehicle must be used with the owner's permission.

Page 14

**Allstate Insurance Company**

4. not owned by you or a resident relative, if being operated by you with the owner's permission. The motor vehicle can't be furnished for the regular use of you or any resident relative.

An insured auto is not a motor vehicle made available for public hire by an insured person. This restriction does not apply when the three following conditions are met:
1. you are operating an auto as a volunteer service for a non-profit charitable organization or governmental agency; and

2. you are transporting physically or mentally handicapped persons or persons 60 years of age or older; and

3. you do not receive more than the amount allowed for by state law for reimbursement of actual mileage driven.

**An uninsured auto is:**
1. a motor vehicle which has no bodily injury or property damage liability bond or insurance policy in effect at the time of the accident.

2. a motor vehicle for which the insurer denies coverage, becomes insolvent or refuses to admit coverage except conditionally or with reservation.

3. a hit-and-run motor vehicle which causes:
    a) bodily injury to an insured person by physical contact with the insured person or with a vehicle occupied by that person. The identity of the operator and the owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. We must be notified within 30 days.
    b) property damage by direct physical contact with the insured auto. The identity of the operator or the owner of the vehicle must be known or the vehicle itself must be identified by its license number. We must be notified within 10 business days. This coverage does not apply if the identified vehicle has applicable property damage insurance.

    If the insured person was occupying a vehicle at the time of the accident, we have a right to inspect it.

4. an underinsured motor vehicle which has a bodily injury liability bond or bodily injury liability insurance in effect and applicable at the time of the accident, but in an amount less than the applicable bodily injury limit of liability for Uninsured Motorists Bodily Injury coverage shown on the Policy Declarations.

**An uninsured auto is not:**
1. a motor vehicle that is lawfully self-insured.

2. a motor vehicle owned by any federal, state, or local government or agency.

3. a motor vehicle insured for bodily injury under Part I of this policy.

**Definitions**
1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Bodily Injury"—means bodily injury, sickness, disease or death.

3. "Motor Vehicle"—means a land motor vehicle or trailer other than
    a) a vehicle or other equipment designed or modified for use off public roads, while not on public roads, or
    b) a vehicle when used as a residence or premises.

4. "Property Damage"—means damage to or destruction of the insured auto, but does not include loss of use of the insured auto, damage to personal property contained in the insured auto or damage caused by an underinsured motor vehicle.

5. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

6. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

Page 15

## Exclusions—What is not covered

Allstate will not pay any damages an insured person is legally entitled to recover because of:

1. bodily injury or property damage to any person who makes a settlement without our written consent.

2. bodily injury or property damage sustained while in, on, getting into or out of or when struck by an uninsured motor vehicle which is owned by you or a resident relative.

3. bodily injury or property damage sustained while in, on, getting into or out of a vehicle you own which is owned by you or a resident relative which is insured for this coverage under another policy.

4. bodily injury or property damage, if the payment would directly or indirectly benefit any workers compensation or disability benefits insurer, including a self-insurer, or directly benefit the United States, or any state or political subdivision.

## Limits Of Liability

1. The coverage limit shown on the Policy Declarations for:
   a) "each person" is the maximum that we will pay for damages arising out of bodily injury to one person in any one motor vehicle accident, including all damages sustained by anyone else as a result of that bodily injury.
   b) "each accident" is the maximum that we will pay for damages arising out of bodily injury to two or more persons in any one motor vehicle accident. This limit is subject to the limit for "each person".
   c) "each accident" is the maximum that we will pay for property damage arising out of any one motor vehicle accident. Subject to this limit, our limit of liability for property damage will be the lessor of:
      1) the actual cash value of the insured auto; or
      2) the amount necessary to repair or replace the insured auto.

2. These limits are the maximum Allstate will pay for any one motor vehicle accident regardless of the number of:
   a) claims made;
   b) vehicles or persons shown on the Policy Declarations; or
   c) vehicles involved in the accident.

   The Uninsured Motorists Coverage limits apply to each insured motor vehicle as shown on the Policy Declarations.

3. The limits for Coverage SS will be reduced by all amounts paid by or on behalf of the owner or operator of the underinsured motor vehicle.

4. We are not obligated to make any payment for bodily injury under this coverage which arises out of the use of an underinsured motor vehicle until after the limits of liability for all liability protection in effect and applicable at the time of the accident have been exhausted by payment of judgments or settlements.

5. Any loss payable under Coverage SS will be reduced by:
   a) all amounts payable under the bodily injury liability coverage provided by this policy.
   b) all amounts payable under any workers compensation law.

6. Subject to the limits of liability, damages payable will be reduced by any amount paid or due under this or any other automobile policy for:
   a) medical payments coverage; or
   b) coordinated medical payments coverage; or
   c) any similar medical payments insurance.

## If There Is Other Insurance

If the insured person was in, on, getting into or out of a vehicle you do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the insured person is legally entitled to recover damages in excess of the other policy limit, we will only pay the amount by which the limit of liability of this policy exceeds the limit of liability of that policy.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one

Page 16

person will not exceed the maximum benefits payable under the policy with the highest limit for uninsured motorists coverage. We will bear our proportionate share with other uninsured motorists coverage. This applies no matter how many autos or auto policies are involved whether written by Allstate or another company.

If more than one policy applies to the accident on an excess basis, the total benefits payable to any one person will not exceed the maximum benefits payable under the policy with the highest limit for excess uninsured motorist coverage. We will bear our proportionate share with other uninsured motorist coverage. This applies no matter how many autos or auto policies may be involved whether written by Allstate or another company.

### Proof Of Claim; Medical Reports
As soon as possible any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable. We may also require any person making claim to submit to questioning under oath and sign the transcript.

The insured person may be required to take medical examinations by physicians we choose, as often as we reasonable require. We must be given authorization to obtain medical reports and copies of records.

### Assistance And Cooperation
We may require the insured person to take proper action to preserve all rights to recover damages from anyone responsible for the bodily injury.

### Trust Agreement
When we pay any person under this coverage:
1. we are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgment that such person recovers from any responsible party or insurer.

2. all rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

3. insured persons, if we ask, must take proper action in their name to recover damages from any responsible party or insurer. We will select the attorney. We will pay all related costs and fees.

We will not ask the insured person to sue the insured of an insolvent insurer.

### Payment Of Loss By Allstate
Any amount due is payable to the insured person, the parent or guardian of an injured minor, or to the spouse of any insured person who dies. However, we may pay any other person or estate lawfully entitled to recover the damages.

### Action Against Allstate
No legal action can be brought against us under this coverage unless there is full compliance with all the policy terms or unless within one year from the date of the accident:
1. suit for bodily injury has been filed against the uninsured motorist in a court of competent jurisdiction.

2. agreement as to the amount due under this coverage has been concluded, or

3. formal arbitration proceedings have been instituted.

If a suit has been filed against the uninsured motorist, the insured person must provide us notice of the suit. The notice must be in writing and be provided within a reasonable time after the insured knew or should have known the motorist was uninsured. If we are prejudiced by a failure to give notice the claim will be denied. In no event will the notice be required before one year from the date of the accident.

### If We Cannot Agree
If you and we disagree on your right to receive any damages or on the amount, then upon the written request of either party, the disagreement will be settled by a single neutral arbitrator.

If arbitration is used, any arbitration award will be binding and may be entered as a judgment in a proper court. All expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Arbitration will commence within one year from the date of the accident. No cause of action shall exist against either you or Allstate as a result of exercising the right to request arbitration of a claim.

Page 17

# Part VII
# Protection Against Loss To The Auto

The following coverages apply when indicated on the Policy Declarations. Additional payments, autos insured, definitions, exclusions, and other information applicable to all these coverages appear beginning on page 19.

## COVERAGE DD
### Auto Collision Insurance

Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto (including insured loss to an attached trailer) from a collision with another object or by upset of that auto or trailer. The deductible amount won't be subtracted from the loss payment in collisions involving your insured auto and another auto insured by us.

### Waiver Of Collision Coverage Deductible Option

The following applies only when the Policy Declarations indicate the Waiver of Collision Coverage Deductible Option:

The Auto Collision Insurance deductible will be waived to the extent that you are legally entitled to recover damages from the owner or operator of an uninsured auto if:

1. the damage is caused by direct physical contact between an uninsured auto as defined in Part VI—Uninsured Motorists Insurance of the policy, and a vehicle owned by you which is insured for Auto Collision Insurance under this policy; and

2. the owner or operator of the uninsured auto has been identified or the vehicle itself has been identified by its license number; and

3. we have been notified of the accident within 10 business days.

The Auto Collision Insurance deductible will not be waived when the damage is caused by an underinsured motor vehicle as defined in Part VI—Uninsured Motorists Insurance of this policy.

### If We Cannot Agree

If you or we cannot agree on the amount of the Auto Collision Insurance deductible to be waived, then upon the written request of either, the disagreement will be settled by a single neutral arbitrator. Arbitration will be conducted within one year from the date of the accident. No cause of action shall exist against either you or Allstate from exercising the right to request arbitration for a claim for the Waiver of Collision Coverage Deductible.

## COVERAGE HH
### Auto Comprehensive Insurance

Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage, whether or not caused by collision, and collision with a bird or animal is covered.

The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

By agreement between you and Allstate, the deductible amount will not be subtracted from a glass breakage loss if the glass is repaired rather than replaced.

## COVERAGE HE
### Auto Fire, Lightning and Transportation Insurance

Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto due to:
1. fire or lightning.

2. smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the auto is located.

3. stranding, sinking, burning, collision or derailment of any conveyance in or upon which the auto is being transported on land or on water.

Page 18

## COVERAGE HF
### Auto Theft Insurance
Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto caused by theft or larceny.

## COVERAGE HG
### Auto Fire, Lightning, Transportation and Theft Insurance
Allstate will pay for direct and accidental loss to your insured auto or a non-owned auto caused by any peril listed under Coverages HE or HF above.

## COVERAGE JJ
### Towing And Labor Costs
Allstate will pay costs for labor done at the initial place of disablement of your insured auto or a non-owned auto. We will also pay for towing made necessary by the disablement. The total limit of our liability for each loss is shown on the Policy Declarations.

## COVERAGE UU
### Rental Reimbursement Coverage
If you have collision or comprehensive coverage under this policy and the loss involves either coverage, Allstate will reimburse you for your cost of renting an auto from a rental agency or garage. We will not pay more than the dollar amount per day, shown on the Policy Declarations. We won't pay mileage or fuel charges. We won't pay for collision damage waiver insurance charges.

If your insured auto is stolen, payment for transportation expenses will be made under the terms of paragraph 3. of "Additional Payments Allstate Will Make". However, the limits for this coverage will apply if they exceed the limits stated under "Additional Payments Allstate Will Make".

If your insured auto is disabled by a collision or comprehensive loss, coverage starts the day after the loss. If it is driveable, coverage starts the day after the auto is taken to a garage for repairs.

Coverage ends when whichever of the following occurs first:
1. if the auto is disabled by a collision or comprehensive loss, completion of repairs or replacement of the auto;

2. if the auto is stolen, when we offer settlement or your auto is returned to use; or

3. thirty full days of coverage.

## COVERAGE ZA
### Sound System Coverage
Allstate will pay for loss to a sound system permanently installed in your auto by bolts, brackets or other means, its antennas or other apparatus specifically used with that system.

Coverage ZA applies only if comprehensive insurance is in effect under this policy. This coverage makes sound systems, and antennas or other apparatus used specifically with them, insured property under the terms of both collision and comprehensive insurance. The limit of our liability is shown on the Policy Declarations.

## COVERAGE ZZ
### Tape Coverage
Allstate will pay for loss to any tapes or similar items used with any auto sound system. Coverage applies to property you or a resident relative own that is in or on your insured auto at the time of loss. The total limit of our liability for each loss is shown on the Policy Declarations.

This coverage applies only if you have comprehensive insurance under this policy. Coverage ZZ makes tapes or similar items insured property under your comprehensive insurance.

### Additional Payments Allstate Will Make
1. Allstate will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to you or a resident relative while it is in or upon your insured auto. This provision does not apply if the insured auto is a travel-trailer.

   This coverage applies only when:
   a) the loss is caused by collision and you have purchased collision insurance.
   b) the entire auto is stolen, and you have purchased comprehensive insurance.
   c) physical damage is done to the auto and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning, or flood and you have purchased comprehensive insurance.

2. Allstate will repay you up to $10 for the cost of transportation from the place of theft of your

**Allstate Insurance Company**

insured auto or disablement of the auto to your destination, if

a) the entire auto is stolen and you have comprehensive coverage under this policy.

b) the auto is disabled by a collision or comprehensive loss, and you have the coverage under this policy applicable to the loss.

This provision does not apply if the insured auto is a travel-trailer.

3. If you have comprehensive insurance under this policy, Allstate will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire auto is stolen. This coverage begins 48 hours after you report the theft to us, but ends when we offer settlement or your auto is returned to use.

4. If you have purchased collision or comprehensive insurance under this policy, Allstate will pay general average and salvage charges imposed when your insured auto is being transported.

**Insured Autos**

1. Any auto described on the Policy Declarations. This includes the four wheel private passenger auto or utility auto you replace it with if you notify Allstate within 30 days of the replacement and pay the additional premium. Coverage will not continue after 30 days if we are not notified of the replacement auto.

2. An additional four wheel private passenger auto or utility auto you acquire ownership of during the policy period will be covered for 30 days immediately after you become the owner.

However, we will provide this coverage only if Allstate or one of its affiliates insure all other private passenger autos or utility autos you own, and you pay the additional premium. Coverage will be continued beyond this 30 day period only if:

a) you ask us to continue coverage within 30 days after you acquire the auto or utility auto you;

b) we agree to continue coverage for this additional auto or utility auto;

c) you pay the additional premium.

3. A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used with the permission of the owner while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

4. A non-owned four wheel private passenger auto, a utility auto, a motor home or travel-trailer used by you or a resident relative with the owner's permission. These vehicles must not be available or furnished for the regular use of you or any resident.

5. A trailer while attached to an insured auto. This trailer must be designed for use with a private passenger auto. This trailer can't be used for business purposes with other than a private passenger auto or utility auto. Home, office, store, display, or passenger trailers, travel-trailers or camper units are not covered unless described on the Policy Declarations.

**Definitions**

1. "Allstate", "We", "Us", or "Our"—means the company as indicated on the Policy Declarations.

2. "Auto"—means a land motor vehicle designed for use on public roads.

3. "Camper Unit"—means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A camper unit does not include:

a) caps, tops, or canopies designed for use as protection of the cargo area of a utility auto; or

b) radio or television antennas, awnings, cabanas, or equipment designed to create additional off highway living facilities.

4. "Motor Home"—means a self-propelled vehicle equipped, designed or used as a living quarters.

5. "Resident"—means a person who physically resides in your household with the intention of continuing residence there. Your unmarried

Page 20

**Allstate Insurance Company**

dependent children while temporarily away from home will be considered residents if they intend to resume residing in your household.

6. "Sound System"—means any device within the insured auto designed for:
   a) voice, video or radar signal reception; or
   b) recording or playing back recorded material; or
   c) supplying power to cellular or similar equipment,

   and which is installed in a location other than the one designed by the auto's manufacturer for that device.

7. "Travel-trailer"—means a trailer of the house, cabin, or camping type equipped or used as a living quarters.

8. "Utility Auto"—means an auto of the pick-up body, sedan delivery or panel truck type. This auto must have a rated load capacity of not more than 2,000 pounds.

9. "You" or "Your"—means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

## Exclusions—What is not covered
These coverages don't apply to:
1. loss caused intentionally by, or at the direction of, an insured person.

2. any auto used for the transportation of people or property for a fee. This exclusion does not apply to shared-expense car pools.

3. any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

4. loss to any non-owned auto used in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of autos.

5. loss due to radioactive contamination.

6. damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

7. tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

8. loss to any sound system within your auto.

   Coverages under this Part also will not apply to any apparatus in or on the auto designed for use with that system.

   This exclusion will not apply if you have purchased Coverage ZA.

9. loss to any tapes or similar items, unless you have Coverage ZZ under this policy.

10. loss to a camper unit whether or not mounted. This exclusion will not apply if the camper unit is described on the Policy Declarations.

11. loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a motor home or travel-trailer.

12. loss to your motor home or your travel-trailer while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

## Right To Appraisal
Both you and Allstate have a right to demand an appraisal of the loss. Each will appoint and pay a qualified appraiser. Other appraisal expenses will be shared equally. The two appraisers, or a judge of a court of record, will choose an umpire. Each appraiser will state the actual cash value and the amount of loss. If they disagree, they'll submit their differences to the umpire. A written decision by any two of these three persons will determine the amount of the loss.

## Payment Of Loss By Allstate
Allstate may pay for the loss in money, or may repair or replace the damaged or stolen property at our option. We may, at any time before the loss is paid or the property is replaced, return at our own expense any stolen property, either to you or at our option to the address shown on the Policy Declarations, with payment for any resulting damage. We may take all or part of the property at

Page 21

the agreed or appraised value. We may settle any claim or loss either with you or the owner of the property.

If a loss or damage occurs which may require repair of the insured auto or replacement of any part(s) while the auto is in Mexican territory, the basis for adjustment of the claim will be as follows:

The repair or replacement costs will not exceed the cost of having the repairs or replacement made at the nearest point in the United States where the repairs or replacements can be made. The cost for towing, transportation and salvage operations of the auto while within Mexican territory are not covered under this policy.

### Limits Of Liability

*Allstate's limit of liability is the actual cash value of* the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the Policy Declarations. However, our liability will not exceed what it would cost to repair or replace the property or part with other of like kind and quality. The limit for loss to any covered trailer not described on the Policy Declarations is $500.

An auto and attached trailer are considered *separate autos, and you must pay the deductible,* if any, on each. Only one deductible will apply to an auto with a mounted camper unit. If unmounted, a separate deductible will apply to the auto and camper unit.

The limit for loss to any non-owned motor home or travel-trailer is $10,000.

### If There Is Other Insurance

If there is other insurance covering the loss at the time of the accident, we will pay only our share of any damages. Our share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that our limits represent.

When this insurance covers a substitute auto or non-owned auto, we will pay only after all other collectible insurance has been exhausted.

When this insurance covers a replacement auto or additional auto, this policy won't apply if you have other collectible insurance.

If more than one policy applies on an excess basis, we will bear our proportionate share with other collectible excess insurance.

When more than one coverage is applicable to the loss, you may recover under the broadest coverage but not both. However, any Coverage ZA deductible will always apply.

### Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the policy terms.

### Subrogation Rights

When we pay, **your** rights of recovery from anyone else become ours up to the amount we have paid. You must protect these rights and help us enforce them.

### What You Must Do If There Is A Loss

1. As soon as possible, any person making claim must give us written proof of loss. It must include all details reasonably required by us. We have the right to inspect the damaged property. We may require any person making claim to file with us a sworn proof of loss. We may also require that person to submit to examinations under oath.

2. Protect the auto from further loss. We will pay reasonable expenses to guard against further loss. If you don't protect the auto, further loss is not covered.

3. Report all theft losses promptly to the police.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of Allstate.

*[signature]*

Secretary

*[signature]* Robert N. Berg

President, Personal Lines

Page 22

**Policy Endorsement**


You're in good hands.

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

# Amendment of Policy Provisions – AU14626-1

It is agreed that the following provision is added to the **General Provisions:**

A. The provision titled **Where And When The Policy Applies** is replaced as follows:

**Where And When The Policy Applies**
**Your** policy applies only during the policy period. During this time, it applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

If **we** offer to renew **your** policy and **your** required premium payment is not received when due, **you** will have rejected **our** renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

B. The provision titled Termination is replaced as follows:

**Termination**
If **we** offer to renew **your** policy and **your** required premium payment is not received when due, **you** will have rejected **our** renewal offer. This means that the insurance coverage described in the renewal offer and any endorsements to the renewal offer will not become effective.

C. The following provision is added:

**Conditional Reinstatement**
If **we** mail a cancellation notice because **you** did not pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **we** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

D. Under the provision titled **Cancellation**, the following is added:

Any unearned premium amounts under $2.00 will be refunded only upon **your** request.

All other policy terms and conditions apply.

**Policy Endorsement**



*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

# California
# Amendatory Endorsement – AU14629-2

I.  In the **General** provisions, the following changes are made:

A.  The following provisions are added:

**Fraud**
This policy will not apply to any claim in which an insured person has concealed or misrepresented any material fact or circumstance.

**What Law Will Apply**
This policy is issued in accordance with the laws of California and covers property or risks principally located in California. Subject to the following paragraph, any and all claims or disputes in any way related to this policy shall be governed by the laws of California.

If a covered loss to the **auto**, a covered **auto** accident, or any other occurrence for which coverage applies under this policy happens outside California, claims or disputes regarding that covered loss to the **auto**, covered **auto** accident, or other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to the **auto**, covered **auto** accident, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

**Where Lawsuits May Be Brought**
Subject to the following two paragraphs, any and all lawsuits in any way related to this policy shall be brought, heard, and decided only in a state or federal court located in California. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy or involved in any other way with this policy, shall be brought, heard, and decided only in a state or federal court located in California, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to the **auto**, a covered **auto** accident, or any other occurrence for which coverage applies under this policy happens outside California, lawsuits regarding that covered loss to the **auto**, covered **auto** accident, or other covered occurrence may also be brought in the judicial district where that covered loss to the **auto**, covered **auto** accident, or other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

**Action Against Us**
No one may bring an action against **us** unless:
1.  there is full compliance with all policy terms; and
2.  the action is commenced within one year of the date the cause of action accrues. However, if an action is in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under a particular coverage that is shown on the Policy Declarations, such action must be commenced within the time period specified in the **Action Against Us** provision of that particular coverage. If an action is brought asserting claims relating to the existence or amount of coverage, or the amount of loss for which coverage is sought, under different coverages of this policy, the claims relating to each coverage shall be treated as if they were separate actions for the purpose of the time limit to commence action.

**Arbitration**
Any claim or dispute in any way related to this policy, by a person insured under this policy against **us** or **us** against a person insured under this policy, may be resolved by arbitration only upon mutual consent of the parties. Arbitration pursuant to this provision shall be subject to the following:
1.  no arbitrator shall have the authority to award punitive damages or attorney's fees;
2.  neither of the parties shall be entitled to arbitrate any claims or disputes in a representative capacity or as a member of a class; and
3.  no arbitrator shall have the authority, without the mutual consent of the parties, to consolidate claims or disputes in arbitration.

This provision shall not apply to claims or disputes to which the **Part VI—Uninsured Motorists Insurance-Coverage SS**, If We Cannot Agree provision applies.

B.  The **Non-Renewal** provision is replaced by the following:

**Non-Renewal**
If we do not intend to continue the policy beyond the current policy period, we will mail **you** notice at least 30 days before the end of the policy period.

C.  The **Cancellation** provision is replaced by the following:

**Cancellation**
**You** may cancel this policy by informing **us** of the future date **you** wish to stop coverage.

**We** may cancel part or all of this policy by mailing notice to **you** at **your** last known address. If **we** cancel because **you** didn't pay the premium, cancellation will be at least 10 days after the date of mailing. If **we** cancel for any reason other than non-payment of premium, will **we** will mail **you** at least 20 days notice of cancellation.

Proof of mailing the notice will be proof of notice.

If the policy is cancelled at **your** request prior to the first renewal, **your** return premium, if any, will be calculated at 90% of the pro rata unearned premium for the current policy period.

If the policy is cancelled at **your** request after the first renewal, or if the policy is cancelled at **our** request at any time, **your** return premium, if any, will be calculated on a pro rata basis.

Cancellation will be effective even if the refund is not made immediately.

**We** will not cancel or reduce **your** coverage during the policy period unless:
1.  **you** do not pay the premium when it's due;

2.  there has been fraud or material misrepresentation affecting the policy or the insured; or

3.  there has been a substantial increase in the hazard insured against.

II.  In **Part I—Automobile Liability Insurance, Bodily Injury-Coverage AA** and **Property Damage-Coverage BB**, the following changes are made:

A.  The **Insuring Agreement** provision is replaced by the following:

**Insuring Agreement**
**We** will pay those damages an insured person is legally obligated to pay because of:
1.  **bodily injury** sustained by any person; and
2.  damage to, or destruction of property.

Under these coverages, **your** policy protects an insured person from liability for damage arising out of the ownership, maintenance or use, loading or unloading of an insured **auto**. Payments will be made only for damages resulting from covered **bodily injury** and/or property damage.

**We** will defend an insured person sued for damages which are covered by this policy even if the suit is groundless or false. **We** will choose the counsel. **We** may settle any claim or suit if **we** believe it is proper. **We** will not defend an insured person sued for damages which are not covered by this policy.

B.  The **Insured Persons** provision is replaced by the following:

**Insured Persons**
1.  With respect to **your** insured **auto**:
    a)  **you;**
    b)  any **resident;** and
    c)  any other person using it with **your** permission.

2.  With respect to a non-owned **auto**:
    a)  **you;** and
    b)  any **resident** relative using a four-wheel private passenger **auto** or **utility auto**.

3.  Any other person or organization liable for the use of an insured **auto** if the **auto** is not owned or hired by the person or organization, provided the use is by an insured person under 1. or 2. above and then only for that person's acts or omissions.

Policy endorsement



You're in good hands.

C.  In the **Insured Autos** provision, item 4 is replaced with the following:

    4.  A non-owned **auto** used by **you** or a **resident** relative with the owner's permission. This **auto** must not be owned by or available or furnished for the regular use of **you** or a **resident** relative.

D.  In the **Definitions** provision, item 6 is replaced by the following:

    6.  **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
        a) that policyholder's **resident** spouse; or
        b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

E.  In the **Exclusions—What Is Not Covered** provision, items 6 and 8 are replaced by the following:

    6.  **bodily injury** to an insured person or **bodily injury** to an insured person whenever the ultimate benefits of that indemnification accrue directly or indirectly to an insured person. This exclusion applies only to **you** and **resident** relatives.

    8.  **bodily injury** or property damage which may reasonably be expected to result from the intentional or criminal acts of the insured person or which are in fact intended by the insured person.

F.  In the **Exclusions—What Is Not Covered** provision, item 10 is added:

    10.  **bodily injury** or property damage arising out of the participation in any prearranged, organized, or spontaneous: racing contest; speed contest; or use of an **auto** at a track or course designed or used for racing or high performance driving, or in practice or preparation for any contest or use of this type.

G.  The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**
No insured person may bring an action against us in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part I—Automobile Liability Insurance**, unless there is full compliance with all policy terms and such action is commenced no later than the last of the following to occur:
1.  two years after the date of the accident;
2.  one year after entry of final judgment or other court order terminating a lawsuit against the insured to determine the insured's liability or the amount of the insured's liability arising out of the accident; or
3.  one year after we agree to a settlement; or
4.  if we have denied coverage and the insured person has thereafter settled with the claimant without any lawsuit being filed to determine the insured's liability or the amount of the insured's liability arising out of the accident, within one year after the denial of coverage.

If the insured person is subjected to claims arising out of the same accident by more than one person claiming bodily injury or property damage, the time for the insured person to bring an action against us shall be determined separately as to the coverage sought or provided with respect to the claims of each of those claiming against the insured person.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and us, then whoever obtains this judgment or agreement against an insured person may sue us up to the limits of this policy. However, no one has the right to join us in a suit to determine legal responsibility of an insured person.

H.  The following provision is added:

**Child Passenger Restraint System**
**We** will pay for the replacement of a child passenger restraint system in use by a child at the time of an accident for which coverage under this Part is applicable due to the liability of an insured person. The child passenger restraint system must meet applicable federal motor vehicle safety standards.

III. In **Part II—Automobile Medical Payments-Coverage CC,**
the following changes are made:

A. The **Insuring Agreement** provision is replaced by the
following:

**Insuring Agreement**
**We** will pay to or on behalf of an insured person all
reasonable expenses the insured person becomes
legally obligated to pay for necessary medical
treatment, medical services or medical products
actually provided to the insured person. Covered
expenses may include ambulance, hospital, medical,
surgical, X-ray, dental, orthopedic and prosthetic
devices, pharmaceutical, eyeglasses, hearing aids,
funeral service expenses, and professional nursing
services. Payments will be made only when such
expenses relate to **bodily injury** caused by an **auto**
accident.

The treatment, services, or products must be rendered
within one year after the accident. This will be
extended to five years if the amount of insurance
shown on the Policy Declarations for this coverage is
more than $5,000.

This coverage does not apply to any person to the
extent that the treatment is covered under any
workers' compensation law.

B. In the **Definitions** provision, item 6 is replaced by the
following:

6. **"You"** or **"Your"**—means the policyholder named
on the Policy Declarations and:
a) that policyholder's **resident** spouse; or
b) a party who has established with that
policyholder a registered domestic
partnership under California state law if a
**resident** of the same household.

C. In the **Exclusions—What Is Not Covered** provision,
item 6 is added:

6. any person arising out of the participation in any
prearranged, organized, or spontaneous:
a) racing contest;
b) speed contest; or
c) use of an **auto** at a track or course designed
or used for racing or high performance
driving;

or in practice or preparation for any contest or use
of this type.

D. The **Action Against Allstate** provision is replaced by
the following:

**Action Against Us**
No one may bring an action against **us** in any way
related to the existence or amount of coverage, or the
amount of loss for which coverage is sought, under
**Part II—Automobile Medical Payments,** unless there
is full compliance with all policy terms and such action
is commenced within one year after the date the
expenses for which coverage is sought were actually
incurred by an insured person.

E. The following provision is added:

**Our Right To Recover Payment**
When **we** pay any person under this coverage:
1. **we** are entitled to reimbursement for amounts
paid by **us** from the proceeds of any settlement or
judgment the person recovers from a legally liable
party or the party's insurer.

2. all rights of recovery against any legally liable
party or the party's insurer must be maintained
and preserved for **our** benefit.

IV. In **Part III—Coordinated Medical Protection-**
**Coverage CX,** the following changes are made:

A. In the **Definitions** provision, item 7 is replaced by the
following:

7. **"You"** or **"Your"**—means the policyholder named
on the Policy Declarations and:
a) that policyholder's **resident** spouse; or
b) a party who has established with that
policyholder a registered domestic
partnership under California state law if a
**resident** of the same household.

B. In the **Exclusions—What Is Not Covered** provision,
item 6 is added:

6. any person arising out of the participation in any
prearranged, organized, or spontaneous:
a) racing contest;
b) speed contest; or

Policy endorsement



You're in good hands.

c) use of an **auto** at a track or course designed or used for racing or high performance driving;
or in practice or preparation for any contest or use of this type.

C. The following provision is added:

**Our Right To Recover Payment**
When we pay any person under this coverage:

1. we are entitled to reimbursement for amounts paid **by us** from the proceeds of any settlement or judgment the person recovers from a legally liable party or the party's insurer.

2. all rights of recovery against any legally liable party or the party's insurer must be maintained and preserved for **our** benefit.

V. In **Part IV—Automobile Death Indemnity Insurance- Coverage CM**, under the **Exclusions—What Is Not Covered** provision, item 5 is added:

5. to any person arising out of the participation in any prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of an **auto** at a track or course designed or used for racing or high performance driving;
   or in practice or preparation for any contest or use of this type.

VI. In **Part V—Automobile Disability Income Protection- Coverage CW**, under the **Exclusions—What Is Not Covered** provision, item 5 is added:

5. arising out of the participation in any prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of an **auto** at a track or course designed or used for racing or high performance driving;
   or in practice or preparation for any contest or use of this type.

VII. In **Part VI—Uninsured Motorists Insurance-Coverage SS**, the following changes are made:

A. In the **An Uninsured Auto Is:** provision, items 2 and 4 are replaced by the following:

2. a **motor vehicle** for which the insurer denies coverage, becomes insolvent within one year of the accident, or refuses to admit coverage except conditionally or with reservation.

4. an underinsured **motor vehicle** which has a bodily injury liability bond or bodily injury liability insurance in effect at the time of the accident, but in an amount less than the applicable bodily injury limit of liability for Uninsured Motorists Bodily Injury coverage shown on **your** Policy Declarations.

B. In the **An Uninsured Auto Is Not:** provision, item 3 is replaced by the following:

3. a **motor vehicle** insured for bodily injury under Part I of this policy. However, this does not apply when the insured is in, on, getting into or out of or when struck and injured by a **motor vehicle** owned by the insured while it is being operated or caused to be operated by a person without the insured's consent in connection with criminal activity that is documented in a police report and in which the insured is not involved.

C. In the **Definitions** provision, items 4 and 6 are replaced by the following:

4. **Property damage** means damage to, or destruction of, the insured auto, but does not include:
   a) loss of use of the insured auto;
   b) damage caused by an underinsured **motor vehicle**; or
   c) damage to personal property contained in the insured auto other than a child passenger restraint system that was damaged or was in use by a child in the insured **auto** at the time of an accident to which Uninsured Motorists Insurance—Property Damage is applicable. The child passenger restraint system must meet federal motor vehicle safety standards.

6. **"You"** or **"Your"**—means the policyholder named on the Policy Declarations and:
   a) that policyholder's **resident** spouse; or
   b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

D. In the **Exclusions—What Is Not Covered** provision, item 2 is replaced by the following:

   2. **bodily injury** or **property damage** sustained while in, on, getting into or out of or when struck by a **motor vehicle** which is owned by **you** or a **resident** relative and is not an insured **auto** under this policy. However, this exclusion does not apply when the insured is in, on, getting into or out of or when struck and injured by a **motor vehicle** owned by the insured while it is being operated or caused to be operated by a person without the insured's consent in connection with criminal activity that is documented in a police report and in which the insured is not involved.

E. In the **Exclusions—What Is Not Covered** provision, item 5 is added:

   5. **bodily injury** or **property damage** arising out of the participation in any prearranged, organized, or spontaneous:
     a) racing contest;
     b) speed contest; or
     c) use of an **auto** at a track or course designed or used for racing or high performance driving;
   or in practice or preparation for any contest or use of this type.

F. In the **Limits Of Liability** provision, items 4 and 5 are replaced by the following:

   4. Any loss payable under Coverage SS will be reduced by:
     a) all amounts payable under the bodily injury liability coverage provided by this policy;
     b) all amounts payable under any workers' compensation law; and
     c) all amounts paid by the owner or operator of the underinsured **motor vehicle** or the insurer of the owner or operator.

   5. Damages payable will be reduced by any amount paid or due under this or any other automobile policy for:
     a) medical payments coverage; or
     b) coordinated medical payments coverage; or
     c) any similar medical payments insurance.

G. The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**

No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part VI—Uninsured Motorists Insurance**, unless there is full compliance with all policy terms and, except as provided below, such action is commenced within two years after the date of the accident.

If an insured person commences a timely action against the owner or operator of an uninsured auto to recover damages for loss arising out of the accident and gives us written notice of such action within 30 days after such action is commenced, an action against us related to the existence or amount of coverage, or the amount of loss for which coverage is sought, may be brought more than two years after the date of the accident, but in no event later than the earliest of the following to occur:
1. one year after entry of a final judgment or other court order terminating such lawsuit against the owner or operator of an uninsured auto; or

2. one year after **we** deny coverage.

If there is a demand by an insured person or **us** for arbitration and the arbitration award exceeds the amount required for **bodily injury** or property damage liability in the California Safety Responsibility Law, no action may be commenced more than 60 days after the date of the arbitration award.

If any insured person sues a person believed responsible for the accident without **our** written consent, **we** are not bound by any resulting judgment.

H. The **If We Cannot Agree** provision is replaced by the following:

**If We Cannot Agree**
If **you** and we disagree on **your** right to receive any damages or on the amount of damages, then upon written request of either party, the disagreement will be settled by a single neutral arbitrator.

If arbitration is used, any arbitration award will be binding up to **your** policy limits and may be entered as a judgment in a proper court. All expenses of

Policy endorsement



arbitration will be shared equally. However, attorney fees and fees paid to medical or other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

No cause of action shall exist against either **you** or **us** as a result of exercising the right to request arbitration of a claim.

No one may pursue arbitration under **Part VI— Uninsured Motorists Insurance** unless there is full compliance with all policy terms. No one may pursue arbitration under **Part VI—Uninsured Motorists Insurance** unless the demand for arbitration is made within two years after the date of the accident or, if later, within one year after the insurer of the owner or operator of an uninsured vehicle denies coverage or is declared insolvent by the responsible regulator.

However, if an insured person commences a timely action against the owner or operator of an uninsured vehicle to recover damages for loss arising out of the accident and gives **us** written notice of such action within 30 days after such action is commenced, the insured person or **we** may demand arbitration more than two years after the date of the accident, but in no event later than one year after entry of a final judgment or other court order terminating such lawsuit against the owner or operator of an uninsured auto.

No arbitrator shall have the authority to award punitive damages or attorney's fees. Neither of the parties shall be entitled to arbitrate any claims in a representative capacity or as a member of a class. No arbitrator shall have the authority, without the mutual consent of the parties, to consolidate claims in arbitration.

VIII. In **Part VII—Protection Against Loss To The Auto**, the following changes are made:

A.  The **Auto Collision Insurance-Coverage DD**, provision is replaced by the following:

**Auto Collision Insurance-Coverage DD**
**We** will pay for direct and accidental loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. The deductible amount will not be subtracted from the loss

payment in collisions involving **your** insured auto and another **auto** insured by us. In addition, we will pay for the replacement of a child passenger restraint system in use by a child in the insured **auto** at the time of a collision. The child passenger restraint system must meet applicable federal motor vehicle safety standards.

8.  The **Waiver Of Collision Coverage Deductible Option** provision is replaced by the following:

**Waiver Of Collision Coverage Deductible Option**
The following applies only when the Policy Declarations indicate the Waiver of Collision Coverage Deductible Option:

The Auto Collision Insurance deductible will be waived to the extent that **you** are legally entitled to recover damages from the owner or operator of an uninsured **auto** if:
1.  the damage is caused by direct physical contact between an uninsured **auto** as defined in **Part VI—Uninsured Motorists Insurance** of the policy, and a vehicle owned by **you** which is insured for Auto Collision Insurance under this policy;

2.  the owner or operator of the uninsured **auto** has been identified or the vehicle itself has been identified by its license number; and

3.  we have been notified of the accident within 10 business days of the accident.

The Auto Collision Insurance deductible will not be waived when the damage is caused by an underinsured motor vehicle as defined in **Part VI— Uninsured Motorists Insurance** of this policy.

C.  The **Rental Reimbursement Coverage–Coverage UU**, provision is replaced by the following:

**Rental Reimbursement Coverage-Coverage UU**
If **you** have collision or comprehensive coverage under this policy and the loss involves either coverage, we will reimburse **you** for **your** cost of renting an **auto** from a rental agency or garage. **We** will not pay more than the dollar amount per day shown on the Policy Declarations. **We** will not pay mileage or fuel charges. **We** will not pay for collision damage waiver insurance charges.

If **your** insured **auto** is stolen, payment for transportation expenses will be made under the terms of paragraph 3 of **Additional Payments Allstate Will Make**. However, the limits for this coverage will apply if they exceed the limits stated under **Additional Payments Allstate Will Make**.

If **your** insured **auto** is disabled by a collision or comprehensive loss, coverage starts the day of the loss. If it is drivable, coverage starts the day the **auto** is taken to a garage for repairs.

Coverage ends when whichever of the following occurs first:

1. If the **auto** is disabled by a collision or comprehensive loss, upon completion of the repairs, when **we** offer settlement on a total loss, or upon replacement of the **auto**;

2. if the **auto** is stolen, when **we** offer settlement or when **your auto** is returned to use; or

3. after thirty full days of coverage.

D. In the **Definitions** provision, the following is amended:

1. Item 9 is replaced by the following:

9. **"You" or "Your"**—means the policyholder named on the Policy Declarations and:
   a) that policyholder's **resident** spouse; or
   b) a party who has established with that policyholder a registered domestic partnership under California state law if a **resident** of the same household.

2. Item 10 is added:

10. **Custom parts or equipment**—means equipment, devices, accessories, enhancements, and changes, other than those offered by the manufacturer of the **auto** specifically for that model, or installed by the dealership of the **auto** when new as part of the original sale, which alter the appearance or performance of an **auto**. This does not include items covered under Sound System Coverage.

E. In the **Exclusions—What is Not Covered** provision, items 1 and 2 are replaced by the following:

1. loss which may reasonably be expected to result from the intentional or criminal acts of an insured person or which is in fact intended by an insured person.

2. property damage arising out of the use of:
   a. any **auto** an insured person is driving while available for hire by the public; or
   b. any **auto** used to carry persons or property for a charge.

This exclusion does not apply to shared-expense car pools.

F. In the **Exclusions—What is Not Covered** provision, items 13, 14, and 15 are added:

13. loss to any **auto** due to confiscation by any government authority.

14. loss or damage arising out of the participation in a prearranged, organized, or spontaneous:
   a) racing contest;
   b) speed contest; or
   c) use of an **auto** at a track or course designed or used for racing or high performance driving;

or in practice or preparation for any contest or use of this type.

15. loss to any **custom parts or equipment** designed for racing which is installed in **your** insured **auto**. This includes, but is not limited to, nitrous oxide systems, roll cages, and air intake modifications.

G. The **Limits Of Liability** provision is replaced by the following:

**Limits Of Liability**
**Our** limit of liability is the least of:

1. the actual cash value of the property or damaged part of the property at the time of loss, which may include a deduction for depreciation; or

2. the cost to repair or replace the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources,

Policy endorsement


You're in good hands.

including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations; or

3.  $500, if the loss is to a covered trailer not described on the Policy Declarations.

Any applicable deductible amount is then subtracted.

If **we**, **at our** option, elect to pay for the cost to repair or replace the property or part, **our** liability does not include any decrease in the property's value, however measured, resulting from the loss and/or repair or replacement. If repair or replacement results in the betterment of the property or part, **you** may be responsible, subject to applicable state laws and regulations, for the amount of the betterment.

The maximum **we** will pay for loss to any **custom parts or equipment** is $1,000, unless otherwise excluded.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

When more than one coverage is applicable to the loss, you may recover under the broadest coverage but not both. However, any Sound System Coverage deductible will always apply.

The limit for loss to any non-owned **motor home** or **travel-trailer** is $10,000.

H.  The **Action Against Allstate** provision is replaced by the following:

**Action Against Us**
No one may bring an action against **us** in any way related to the existence or amount of coverage, or the amount of loss for which coverage is sought, under **Part VII—Protection Against Loss To The Auto**, unless there is full compliance with all policy terms and such action is commenced within one year after the date of loss.

I.  The following provision is added:

**California Mandatory Vehicle Inspection For Physical Damage Coverage**
**You** must notify **us** immediately when **you** acquire an additional or replacement **auto you** wish to insure for collision or comprehensive coverage under this policy.

**We** or **our** authorized representative has the right to inspect any **auto** insured or intended to be insured under this policy before collision or comprehensive coverage becomes effective.

When an inspection is required by **us**, **you** must cooperate and make the **auto** available for the inspection.

When a required inspection is not completed within the time period specified, collision and comprehensive coverages applying to the uninspected **auto** will be restricted (coverage will be limited to the lienholder's interest) or suspended (coverage will not be afforded if no lienholder) effective 12:01 A.M. of the day following the date specified for completion of the inspection. Coverage will be restored as of the date and hour of the inspection as evidenced by the Automobile Inspection Report.

J.  The following provision is added:

**Loss Payable Clause**
If a Lienholder and/or Lessor is shown on the Policy Declarations, **we** may pay loss or damage under this policy to **you** and the Lienholder and/or Lessor as its interest may appear, except:

1.  Where fraud, misrepresentation, material omission, or intentional damage has been committed by or at the direction of **you**.

2.  When the vehicle(s) is intentionally damaged, destroyed or concealed by or at the direction of **you** or any owner.

3.  When **you** or any owner makes fraudulent statement(s) or engages in fraudulent conduct in connection with any accident or loss for which coverage is sought.

The Lienholder and/or Lessor must notify **us** of any change in ownership or hazard that is known.

**If you** or any owner fails to render proof of loss within the time granted in the policy, the Lienholder and/or Lessor must do so within sixty days in the form and manner described in the policy. The Lienholder and/or Lessor are subject to the provisions of the policy relating to appraisal, time of payment and bringing suit.

**We** may cancel this policy according to its terms. **We** will notify the Lienholder and/or Lessor at least ten days prior to the date of cancellation that the cancellation is effective as to the interest of the Lienholder and/or Lessor.

Whenever **we** pay the Lienholder and/or Lessor any sum for loss or damage under this policy, **we** will be subrogated to the extent of payment to the rights of the party to whom payment was made. However, these subrogation provisions must in no way impair the rights of the Lienholder and/or Lessor to recover the full amount of its claim from the insured.

The Lienholder and/or Lessor has no greater rights under the provisions of the policy than the insured.

All other policy terms and conditions apply.