O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| GUADALUPE MORALES,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLSTATE NORTHBROOK<br>INDEMNITY COMPANY, et al.,<br><br>        Defendants. | Case № 5:20-cv-02577-ODW (SHKx)<br><br>**JUDGMENT** |

On August 25, 2022, the Court granted Allstate's Motion for Summary Judgment. (ECF No. 39.) It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Defendant shall have judgment in its favor; and
2. Plaintiff shall recover nothing against Defendant on her Complaint.

The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 26, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**